DEBORAH M. SMITH
Acting United States Attorney

LEA A. CARLISLE
Trial Attorney
Department of Justice, Tax Division
THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | |
| vs. ) | COUNT 1: |
| ) | ATTEMPTED TAX EVASION OF |
| LEIGH GILBURN, ) | ASSESSMENT |
| a.k.a. TAMORY LEIGH GILL, ) |   Vio. of 26 U.S.C. § 7201 |
| a.k.a. TAMORY L. GILL, ) | |
| a.k.a. T. LEIGH GILL, ) | |
| a.k.a. LEIGH GILL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**I N F O R M A T I O N**

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Information:

1.  Defendant LEIGH GILBURN, a.k.a. TAMORY LEE GILL, a.k.a. TAMORY L. GILL, a.k.a. T. LEIGH GILL, a.k.a. LEIGH GILL, is a United States citizen born in Mobile, Alabama and has lived in Bethel, Alaska from 2000 to the present.

2.  During 1997, LEIGH GILBURN worked as a physician for various entities in Washington, earning gross income of at least $44,000.

3.  During 1998, LEIGH GILBURN worked as a physician for various entities in Washington, Montana, and Alaska, earning gross income of at least $76,000.

4.  During 1999, LEIGH GILBURN worked as a physician for various entities in Montana and Alaska, earning gross income of at least $195,000.

5.  During the years 2000, 2001, and 2002, LEIGH GILBURN was employed by Yukon Kuskokwim Health Corporation ("YKHC") in Bethel, Alaska and earned gross income of at least $135,000 per year.

6.  On or about May 1, 1998, LEIGH GILBURN filed a false and fraudulent 1997 U.S. Individual Income Tax Return, Form 1040, with the IRS, which falsely claimed that LEIGH GILBURN earned zero income (0), had zero tax liability (0), and requested a $4,289.68 refund.

7. On or about July 30, 1998, LEIGH GILBURN submitted a false and fraudulent 1998 Employee's Withholding Allowance Certificate, Form W-4 to her employer, St. Luke Community Hospital, claiming LEIGH GILBURN was exempt from federal income tax withholding.

8. On or about January 7, 1999, LEIGH GILBURN submitted a false and fraudulent 1998 Employee's Withholding Allowance Certificate, Form W-4, changed to read 1999, to her employer, St. Luke Community Hospital, claiming LEIGH GILBURN was exempt from federal income tax withholding.

9. LEIGH GILBURN failed to timely file federal individual income tax returns and failed to pay federal income tax for the years 1998, 1999, 2000, 2001, 2002, 2003, and 2004.

## COUNT 1
## TITLE 26, USC § 7201, EVASION OF ASSESSMENT

10. Paragraphs one through nine of the Introduction are incorporated as though fully set out herein.

11. During the calendar year 2002, LEIGH GILBURN, a resident of Bethel, Alaska, had and received taxable income in the sum of $218,725; that upon said taxable income there was owing to the United States of America an income tax of approximately $45,000; that well-knowing and believing the foregoing facts, LEIGH GILBURN, on or

about April 15, 2003, in the District of Alaska did willfully attempt to evade and defeat the said income tax due and owing by her to the United States of America for said calendar year 2002 by failing to make an income tax return on or before April 15, 2003, as required by law, to any proper officer of the IRS; by failing to pay to the IRS said income tax; and by committing the following affirmative acts of evasion, the likely effect of which would be to mislead or conceal her correct income and tax due from the proper United States authorities:

    1) submitting a 2002 Employee's Withholding Allowance Certificate, Form W-4, which falsely and fraudulently claimed that LEIGH GILBURN was exempt from income tax withholding, with her employer, YKHC, on or about February 13, 2002;

    2) faxing IRS Special Agents, who contacted LEIGH GILBURN about an investigation into her tax liability, a false and fraudulent document entitled "Verified Affidavit of IRS Defaults" dated August 29, 2003 for "Calendar Years 1992 to Present," which stated, in part, "[T]he IRS is subject to Tile [sic] 5 U.S.C. and is estopped from all collection or investigative action by repeated Administrative Defaults;"

    3) and by other means.

    All of which is in violation of Title 26, United States Code, Section 7201.

s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov


DATED:   June 22, 2006