## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA   v.   LEIGH GILBURN

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO.  3:06-cr-00058-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 23, 2006

     **ARRAIGNMENT** and **ENTRY OF PLEA** in the above-captioned case is hereby set for Friday, July 28, 2006, at 9:30 a.m. before John W. Sedwick, U.S. District Judge, in Courtroom **#3**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}