Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEIGH GILBURN, ) <br> a.k.a. TAMORY LEE GILL, ) <br> a.k.a. TAMORY L. GILL, ) <br> a.k.a. T. LEIGH GILL, ) <br> a.k.a. LEIGH GILL, ) <br> ) <br> Defendant. ) | No. 3:06-cr-00058-JWS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patton Boggs LLP, hereby gives notice of its appearance on behalf of defendant Leigh Gilburn in the above-captioned case.  All pleadings, notices or other papers shall be served on the undersigned, to the address stated herein:

Michael R. Spaan
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Alaska Bar No. 7305026
Phone: 907.263.6300
Fax: 907.263.6345
E-mail: mspaan@pattonboggs.com

49508v1

DATED at Anchorage, Alaska this 23rd day of June, 2006.

> By:   s/Michael R. Spaan
> Michael R. Spaan
> PATTON BOGGS LLP
> 601 West Fifth Avenue, Suite 700
> Anchorage, Alaska  99501
> Phone: (907) 263-6300
> Fax:  (907) 263-6345
> Email:  mspaan@pattonboggs.com
> Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2006, a copy of the foregoing document to be served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:   s/Gloria Bullock
      Legal Secretary/Assistant
      PATTON BOGGS LLP