AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JUL 07 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00058-JWS |
| LEIGH GILBURN<br>c/o Michael R. Spaan<br>Patton Boggs LLP<br>601 W. 5th Avenue, Suite 700<br>Anchorage, Alaska 99501 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>   Federal Building - U.S. Courthouse<br>   222 W. 7th Avenue<br>   Anchorage, Alaska 99513 | Room<br>Courtroom 3 |
|---|---|
| Before: U.S. District Judge John W. Sedwick | Date and Time<br>Friday, July 28, 2006 at 9:30 a.m.. |

To answer a(n)
[ ] Indictment   [XX] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of:
Title 26 United States Code, Section(s) 7201

Brief description of offense:
Attempted Tax Evasion of Assessment

<u>Ida Romack, Clerk of Court</u>         <u>June 23, 2006, at Anchorage, AK</u>
Signature of Issuing Officer         Date and Location

by [redacted signature]   <u>Deputy Clerk</u>
Name and Title of Issuing Officer

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]     Date
Viranousith Khamvongsa            06/26/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: Mandy, Receptionist at Patton Boggs LLC.

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 7-7-06
              Date

Randy M Johnson
Name of United States Marshal

_____
(by) ~~Deputy United States Marshal~~ / Special Agent

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.