MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __LEIGH GILBURN__                    CASE NO. __3:06-cr-00058-JWS__
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:              JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:             ROBIN M. CARTER

UNITED STATES' ATTORNEY:           TOM BRADLEY/LEA CARLISLE

DEFENDANT'S ATTORNEY:              MICHAEL SPAAN - RETAINED

U.S.P.O.:                          BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT AND ENTRY OF PLEA ON INFORMATION HELD
             7/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

_X_ Copy of Information given to defendant; waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: __same as above__    DOB: __9/21/60__

_X_ Waiver of Indictment **FILED.**

_X_ PLEA: Guilty to count __1 of the Information__

_X_ Court accepted plea. Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for __10/12/06 at 8:30 a.m.__

_X_ Bond set at __Own Recognizance__; Personal Recognizance Order
    **FILED.**

_X_ Order Setting Conditions of Release **FILED**.

At 9:58 a.m. court adjourned.

DATE: __July 28, 2006__              DEPUTY CLERK'S INITIALS: __Rc__