AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Alaska _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>LEIGH GILBURN | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 3:06-cr-00058-JWS |

I, _____ LEIGH GILBURN _____, the above named defendant, who is accused of

Attempted Tax Evasion in violation 26 U.S.C. § 7201

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____ 07/28/06 ____ prosecution by indictment and consent that the pro-
            Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before  **REDACTED SIGNATURE**
JOHN W. SEDWICK, U.S. DISTRICT JUDGE