**RECEIPT** 7/28/06 **No.** 3583

RECEIVED FROM Mike Spaan For Leigh Gilburn
ADDRESS 601 W. 5th Suite 700
Anch, AK 99501                DOLLARS $
FOR Passport
# 217329622

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY [signature]

3:06-cr-0058-JWS