Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Leigh Gilburn*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | |
| ) | |
| LEIGH GILBURN,           ) | |
| a.k.a. TAMORY LEE GILL,           ) | |
| a.k.a. TAMORY L. GILL,           ) | |
| a.k.a. T. LEIGH GILL,           ) | |
| a.k.a. LEIGH GILL,           ) | |
| ) | |
| Defendant.           ) | No. 3:06-cr-00058-JWS |

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Defendant Leigh Gilburn, by and through undersigned counsel, Patton Boggs LLP, hereby requests permission to travel to Minneapolis/St. Paul, Minnesota from September 18 - 25, 2006.  The purpose of the travel is personal, family related business.

Undersigned counsel has spoken with counsel for the United States and a probation officer from United States' Probation who have respectively indicated no opposition to Ms. Gilburn's travel request.  Accordingly, Ms. Gilburn respectfully requests this Court to grant the instant motion.

50586v1

DATED at Anchorage, Alaska this 28th day of August, 2006.

By: s/Barat M. LaPorte
Barat M. LaPorte
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6300
Fax:  (907) 263-6345
Email:  mspaan@pattonboggs.com
Alaska Bar No. 7305026
Email: blaporte@pattonboggs.com
Alaska Bar No. 9511064

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP