Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| LEIGH GILBURN, a.k.a. TAMORY LEE GILL, a.k.a. TAMORY L. GILL, a.k.a. T. LEIGH GILL, a.k.a. LEIGH GILL, | ) ) ) ) ) ) |
| Defendant. | ) ) No. 3:06-cr-00058-JWS |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

The Court, having considered defendant Leigh Gilburn's Unopposed Motion For Permission To Travel, and being duly informed in the premises, hereby GRANTS defendant's motion.

Defendant shall submit a travel itinerary to United States Probation prior to September 18, 2006.

IT IS SO ORDERED.

Dated:_____          _____
                                 Hon. John W. Sedwick
                                 United States District Court Judge

50588v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP