Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>          Plaintiff,                            )<br>                                                          )<br>     vs.                                             )<br>                                                          )<br>LEIGH GILBURN,                          )<br>a.k.a. TAMORY LEE GILL,          )<br>a.k.a. TAMORY L. GILL,             )<br>a.k.a. T. LEIGH GILL,                  )<br>a.k.a. LEIGH GILL,                        )<br>                                                          )<br>          Defendant.                         ) | No. 3:06-cr-00058-JWS |

**MOTION TO EXPEDITE CONSIDERATION OF
UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

    Defendant Leigh Gilburn, by and through undersigned counsel, hereby moves this Court pursuant to Local Rule 7.2(c) to decide her Unopposed Motion For Permission to Travel on shortened time. Defendant's motion is not opposed by the United States and defendant would like to purchase tickets as soon as possible following the Court's consideration of this motion in the event her travel request is approved.

    This motion is supported by the attached affidavit of counsel.

50595v1

DATED at Anchorage, Alaska this 28th day of August, 2006.

By: s/Barat M. LaPorte
Barat M. LaPorte
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6300
Fax: (907) 263-6345
Email: mspaan@pattonboggs.com
Alaska Bar No. 7305026
Email: blaporte@pattonboggs.com
Alaska Bar No. 9511064

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP