Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LEIGH GILBURN,<br>a.k.a. TAMORY LEE GILL,<br>a.k.a. TAMORY L. GILL,<br>a.k.a. T. LEIGH GILL,<br>a.k.a. LEIGH GILL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:06-cr-00058-JWS<br>) |

### [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE
### CONSIDERATION OF UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

The Court, having considered defendant Leigh Gilburn's Motion to Expedite

Consideration of Unopposed Motion for Permission to Travel, and being duly informed in the

premises, hereby GRANTS defendant's motion for expedited consideration.

IT IS SO ORDERED.


Dated:_____          _____

                                       Hon. John W. Sedwick
                                       United States District Court Judge

50597v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov


By:       s/Gloria Bullock
          Legal Secretary/Assistant
          PATTON BOGGS LLP