Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEIGH GILBURN, ) <br> a.k.a. TAMORY LEE GILL, ) <br> a.k.a. TAMORY L. GILL, ) <br> a.k.a. T. LEIGH GILL, ) <br> a.k.a. LEIGH GILL, ) <br> ) <br> Defendant. ) | No. 3:06-cr-00058-JWS |

### AFFIDAVIT OF COUNSEL BARAT M. LaPORTE IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, Barat M. LaPorte, being first duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law in the United States District Court for the District of Alaska and make these statements of personal knowledge

2. I affirm that the statements made in the Motion for Expedited Consideration filed herewith are true and correct to the best of my knowledge.

50596v1

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BARAT M. LaPORTE

SUBSCRIBED AND SWORN to before me this 28th day of August, 2006.



_____
Notary Public in and for the State of Alaska
My Commission Expires: May 15, 2010

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:   s/Gloria Bullock
      Legal Secretary/Assistant
      PATTON BOGGS LLP