Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>        vs. )<br>  )<br>LEIGH GILBURN, )<br>a.k.a. TAMORY LEE GILL, )<br>a.k.a. TAMORY L. GILL, )<br>a.k.a. T. LEIGH GILL, )<br>a.k.a. LEIGH GILL, )<br>  )<br>             Defendant. ) | No. 3:06-cr-00058-JWS |

## ORDER GRANTING MOTION TO EXPEDITE
## CONSIDERATION OF UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

The Court, having considered defendant Leigh Gilburn's Motion to Expedite Consideration of Unopposed Motion for Permission to Travel, and being duly informed in the premises, hereby GRANTS defendant's motion for expedited consideration.

IT IS SO ORDERED.

Dated: August 29, 2006              /s/_____
                                    Hon. John W. Sedwick
                                    United States District Court Judge

50597v1