Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEIGH GILBURN, ) <br> a.k.a. TAMORY LEE GILL, ) <br> a.k.a. TAMORY L. GILL, ) <br> a.k.a. T. LEIGH GILL, ) <br> a.k.a. LEIGH GILL, ) <br> ) <br> Defendant. ) | No. 3:06-cr-00058-JWS |

**ORDER GRANTING UNOPPOSED MOTION
FOR PERMISSION TO TRAVEL**

The Court, having considered defendant Leigh Gilburn's Unopposed Motion For Permission To Travel, and being duly informed in the premises, hereby GRANTS defendant's motion.

Defendant shall submit a travel itinerary to United States Probation prior to September 18, 2006.

IT IS SO ORDERED.

Dated: August 29, 2006          /s/_____
                                Hon. John W. Sedwick
                                United States District Court Judge

50588v1