NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
LEA A. CARLISLE
U.S. Department of Justice, Tax Division
Trial Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: 907-271-5071

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   3:06-cr-00058-JWS |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' SENTENCING** |
| v. | ) | **MEMORANDUM** |
| | ) | |
| T. LEIGH GILBURN, | ) | |
| a.k.a. LEIGH GILL, | ) | |
| a.k.a. TAMORY LEE GILL, | ) | |
| a.k.a. TAMORY L. GILL, | ) | |
| a.k.a. T. LEIGH GILL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States concurs with the recommendations made by the final presentence investigation report.

1950591.1

The final advisory sentencing guideline range is 12-18 months, and the government requests a sentence of 12 months in this case. A sentence of 12 months takes into account the nature and circumstances of the offense, adequately reflects the seriousness of the offense, promotes respect for the law, and provides just punishment.

Dr. Gilburn is a highly educated and intelligent medical professional who wilfully committed numerous affirmative acts to evade her federal income taxes over a period of at least 5 years, causing a tax loss of $181,000 to the United States. Her acts were not a one-time anomaly, nor an accident. While the government acknowledges the defendant's commendable acceptance of responsibility and timely payment of taxes due and owing to the IRS since pleading guilty, as well as the defendant's affinity for providing medical services in under served communities, such facts do not refute the circumstances of Dr. Gilburn's offense, nor negate her crime.

A sentence of 12 months also takes into account the defendant's personal characteristics and the need to afford adequate deterrence of such anti-tax conduct. As this Court is likely aware, the District of Alaska has an abundant tax protestor community who will most assuredly be monitoring Dr. Gilburn's case and her

punishment. Thus, based on Dr. Gilburn's acceptance of responsibility, family situation, and the circumstances of her offense, the government believes a 12-month term of imprisonment is appropriate in this case and is in accord with similar cases in this jurisdiction. See United States v. Harpole (D. Alaska, 3:04-cr-00025-JKS)(jury convicted tax protestor of 6 counts of tax evasion and 6 counts failure to file tax returns, sentenced to 21 months imprisonment); United States v. Massey (D. Alaska, 3:03-cr-00086-JWS) (jury convicted tax protestor of 1 count of corruptly impeding the due administration of the internal revenue laws and 3 counts of failure to file tax returns, sentenced to 35 months imprisonment); United States v. Bills (D. Alaska, 3:05-cr-00026-JDR).

In the alternative that the Court declines to impose a term of imprisonment, the government requests 12 months of home confinement, with the costs to be paid by defendant, and 100 hours of community service.

The government also requests the maximum period of supervised release be imposed, with special financial conditions including compliance with the internal revenue laws, in order to better insure that the defendant does not re-offend.

RESPECTFULLY SUBMITTED this 5th day of October, 2006, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Thomas C. Bradley
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2006,
a copy of the foregoing United States'
Sentencing Memorandum was served
electronically on Michael Spaan
and U. S. Probation Office.

s/ Thomas C. Bradley