**Exhibit List**
United States of America v. Leigh Gilburn
Case No. 3:06-cr-00058-JWS

| | |
|---|---|
| Exhibit A | August 14, 2006 letter from Jack Robert Crow of Yukon-Kuskokwim Health Corporation |
| Exhibit B | July 24, 2006 letter from K. Jane McClure, Chief of Staff, Yukon-Kuskokwim Health Corporation |
| Exhibit C | 2003 letter from Bruce Anders, patient |
| Exhibit D | Alaska USA financial records and 4/10/03 contract with Jeffwood Construction |
| Exhibit E | May 14, 2006 letter from Frances Tompkins (Leigh Gilburn's mother) |
| Exhibit F | 2006 letter from Rhonda Gill (Leigh Gilburn's sister) |
| Exhibit G | April 27, 2005 email from Morgan Davenport, former member of the New Gnostic Church |
| Exhibit H | May 15, 2006 letter from Betsy Gummow, former member of the New Gnostic Church |
| Exhibit I | May 2, 2006 letter from Sandy Boudrou, former member of the New Gnostic Church |
| Exhibit J | April 26, 2005 Affidavit of Tina L. Benshoof, former member of the New Gnostic Church |
| Exhibit K | July 12, 2006 Affidavit of Kurt Hettiger, former member of the New Gnostic Church |
| Exhibit L | Certificate of Release of Federal Tax Lien dated July 7, 2006 |
| Exhibit M | May 25, 2006 letter from Kristen Culbert, Enforcement Attorney, Washington State Department of Financial Institutions |
| Exhibit N | Photograph of Leigh Gilburn's adopted child, Broedy |
| Exhibit O | May 2, 2006 letter from Sheila Hart, Clinic Administrator, International Falls Clinic |
| Exhibit P | October 2, 2006 Affidavit of Darrell Provinse, Counselor, Christian Psychological and Family Services |

51310.01