# YUKON-KUSKOKWIM HEALTH CORPORATION

P.O. Box 528 • Bethel, Alaska 99559
(907) 543- 6142 • fax (907) 543-6366
Jack Robert Crow, Vice President of Health Services

Health Services
Village Operations
Behavioral Health
Yukon-Kuskokwim Delta Regional Hospital

August 14, 2006

To Whom It May Concern:

It is my pleasure to write a letter of recommendation for Dr. Leigh Gilburn. Dr. Gilburn has worked with the Yukon-Kuskokwim Health Corporation since September 1998 and has provided care to the underserved patients of the Yukon-Kuskokwim Delta as a Family Medicine Physician with an emphasis on obstetric care.

Dr. Gilburn has served on our Medical Staff Executive Committee as the Obstetrics Service Chief and continues to provide high-risk consultations and patient management in obstetrics. She continuously demonstrates her commitment to achieving a greater health status for our patients by going out of her way to ensure her patient's needs are met.

Dr. Gilburn leaves our staff in good standing and with our recommendations to any organization as an excellent physician with commendable patient dedication and integrity.

Sincerely,

Jack Robert Crow
Vice President for Health Services

EXHIBIT A
Page 1 of 1