# YUKON-KUSKOKWIM HEALTH CORPORATION

*"Fostering Native Self-Determination in Primary Care, Prevention and Health Promotion."*

July 24, 2006

To Whom It May Concern:

I am writing to provide a character reference for Leigh Gilburn, D.O., an employee of the Yukon-Kuskokwim Health Corporation in Bethel, Alaska.

Our native owned and operated healthcare network spans Western Alaska in an area geographically equal to the size of Oregon, serving a population of over 22,000 from fifty Alaska Native villages. Bethel and the surrounding villages are accessible only by boat, snowmobile or plane, and due to our remoteness, finding medical staff to come to Bethel, even for a temporary assignment, is always difficult. Finding a skilled physician willing to settle here long term is an extreme challenge.

Dr. Gilburn first came to our community in August 1998 to work as a family physician. In addition to fulfilling her medical responsibilities, Dr. Gilburn fully immersed herself as a member of the community. She embraced the subsistence lifestyle by hunting and fishing, and she participated in dog mushing by training her own dog team and helping and supporting visiting mushers from around the country. She has also coordinated long distance veterinary care for local residents whose animals have serious illnesses and injuries.

As a physician in this critically underserved area, Dr. Gilburn has made valuable contributions in family medicine, emergency medicine and obstetrics. Her additional training in high risk surgical obstetrics has served the community well by providing much needed surgical skills, and with strong leadership, she has contributed to many improvements in women's health care in the capacity of Obstetrics Medical Director for five years. She continues to be a resource person for those with developing skills and is a member of the high-risk obstetrics team. She has been instrumental in improving women's health care in the service area of YKHC.

She is respected by the Native community for her knowledge of native ways, her cultural sensitivity and concern for the whole person, and she is committed to providing care to underserved populations. She is idealistic, altruistic, nonjudgmental, and is always willing to help someone in need.

In the seven years in which I have been Dr. Gilburn's direct supervisor and friend, she has demonstrated superior moral and ethical character in all areas of her life. In light of the legal situation in which she currently finds herself, my support for her as a physician and member of this community is unwavering.

Respectfully yours,

K. Jane McClure, M.D.
Chief of Staff, YKHC
907-543-6218

EXHIBIT B
Page 1 of 1

P.O. Box 528 — Bethel, Alaska 99559 — 907-543-6000 — 1-800-478-3321