Dr Gill,

I just wanted to let you know that 5 days ago, my wife, Christi Pavia, gave birth to a completely beautiful baby boy, Jack. I just wanted to thank you for all of your help, guidance and nurturing throughout this process, which to us has been somewhat stressful. Knowing someone of your expertise & compassion was looking out for Mom & baby (and even taking time to educate Dad! :) has been of great comfort to us.

Now, all we need is two straight hours of sleep :)

Thanks again,

Bruce Anders
(Attorney in Bethel)
Bethel AK 2003

EXHIBIT C
Page 1 of 1