**\*0000821497\***

**DUPLICATE**

ALASKA USA FEDERAL CREDIT UNION
P.O. BOX 196613
ANCHORAGE, ALASKA 99519-6613

## PROMISSORY NOTE, DISCLOSURE STATEMENT AND SECURITY AGREEMENT

| BORROWER(S) NAME AND ADDRESS | ACCOUNT NUMBER |
|---|---|
| Leigh Gill<br><br>P.O. Box 1305<br>Bethel, AK 99559 | 821497   05 |
| | DATE OF THIS NOTE |
| | 04/11/2003 |

Please read this agreement and the Truth-In-Lending Disclosures carefully. Your credit union wants you to understand how this loan works. In this agreement the words you and your mean any borrower signing this agreement. If more than one borrower signs below, each will be responsible for repaying the loan in full (this means each borrower signing is jointly and severally liable). The terms on the next page are part of the entire agreement.

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL SALE PRICE |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid when you have made all payments as scheduled. | The total cost of your purchase on credit, including your down payment of $_____. |
| 14.900% | $ 2,570.35 | $ 10,000.00 | $ 12,570.35 | $ |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | Payments are Due Monthly |
|---|---|---|
| 35 | $ 349.18 | Beginning 06/01/2003 |
| 1 | 349.05 | 05/01/2006 |

Property Insurance: You may obtain property insurance from anyone you want that is acceptable to the credit union.

Prepayment: If you pay off early, you will not have to pay a penalty.

Security: You are giving a security interest in your shares and/or deposits in this credit union; ☐ the goods or property being purchased; ☐ other (specify) _____

Late Charges: If your payment is late 7 days or more, you will be charged the greater of 20% of the interest due or 5 cents to a maximum of $25.00. If your loan is delinquent 2 payments, or 32 days in the case of a single payment loan, the maximum amount is removed.

See your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

e means an estimate

### ITEMIZATION OF THE AMOUNT FINANCED

| Itemization of Amount Financed of $ 10,000.00 | | Amount paid to others on your behalf | |
|---|---|---|---|
| Amount paid to you directly LEIGH,GILL | $ 10,000.00 | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |

### NOTE AND SECURITY AGREEMENT

Promise to Pay: You promise to pay to the order of the credit union all money loaned to you under this Agreement plus interest on the unpaid balance at 14.900% of interest rate per year.

Collection Costs: Reasonable attorney fees and other costs of collection permitted under state law.

Security Offered:
    Signature

### NOTICE: SEE NEXT PAGE FOR IMPORTANT INFORMATION

If you agree to make and be bound by the terms of this Note and Security Agreement sign below. If you are not a borrower but an owner of the collateral for this loan, sign below and check the box for "Owner of Collateral." By doing so you agree to the terms of the Security Agreement. CAUTION: It is important that you thoroughly read this contract before you sign it.

| Borrower<br>  Leigh Gill<br>X | Witness<br><br>X |
|---|---|
| Borrower ☐ Owner of Collateral (other than a Borrower)<br>X | Witness<br>X |

### NOTE (Continued on Next Page)

EXHIBIT D
Page 1 of 16

*0000821497*   

**ALASKA USA FEDERAL CREDIT UNION**
P.O. BOX 196613
ANCHORAGE, ALASKA 99519-6613

## PROMISSORY NOTE, DISCLOSURE STATEMENT AND SECURITY AGREEMENT

| BORROWER(S) NAME AND ADDRESS | ACCOUNT NUMBER |
|---|---|
| Leigh Gill<br>P.O. Box 1305<br>Bethel, AK 99559 | 821497   06 |
| | DATE OF THIS NOTE |
| | 04/11/2003 |

Please read this agreement and the Truth-In-Lending Disclosures carefully. Your credit union wants you to understand how this loan works. In this agreement the words you and your mean any borrower signing this agreement. If more than one borrower signs below, each will be responsible for repaying the loan in full (this means each borrower signing is jointly and severally liable). The terms on the next page are part of the entire agreement.

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL SALE PRICE |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf. | The amount you will have paid when you have made all payments as scheduled | The total cost of your purchase on credit, including your down payment of $_____ |
| 6.950% | $ 335.62 | $ 4,283.00 | $ 4,618.62 | $ |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | Payments are Due Monthly |
|---|---|---|
| 23 | $ 192.45 | Beginning 06/01/2003 |
| 1 | 192.27 | 05/01/2005 |

Property Insurance: You may obtain property insurance from anyone you want that is acceptable to the credit union.

Prepayment: If you pay off early, you will not have to pay a penalty.

Security: You are giving a security interest in your shares and/or deposits in this credit union; ☐ the goods or property being purchased; ☒ other (specify)   **2000 SKIDOO TOURING**

See your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

Late Charges: If your payment is late 7 days or more, you will be charged the greater of 20% of the interest due or 5 cents to a maximum of $25.00. If your loan is delinquent 2 payments, or 32 days in the case of a single payment loan, the maximum amount is removed.

e means an estimate

### ITEMIZATION OF THE AMOUNT FINANCED

| Itemization of Amount Financed of $ | 4,283.00 | Amount paid to others on your behalf | |
|---|---|---|---|
| Amount paid to you directly LEIGH GILL | $ 4,265.00 | AK USA UCC | $ 18.00 |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |

### NOTE AND SECURITY AGREEMENT

Promise to Pay: You promise to pay to the order of the credit union all money loaned to you under this Agreement plus interest on the unpaid balance at 6.950% of interest rate per year.

Collection Costs: Reasonable attorney fees and other costs of collection permitted under state law.

| Security Offered: | | |
|---|---|---|
| 2000 | SKIDOO TOURING 550 BLUE/YELLOW | 2BPS1Y732YV000104 |

### NOTICE: SEE NEXT PAGE FOR IMPORTANT INFORMATION

If you agree to make and be bound by the terms of this Note and Security Agreement sign below. If you are not a borrower but an owner of the collateral for this loan, sign below and check the box for "Owner of Collateral." By doing so you agree to the terms of the Security Agreement. CAUTION: It is important that you thoroughly read this contract before you sign it.

| Borrower<br>Leigh Gill<br>X | Witness<br>X |
|---|---|
| Borrower ☐ Owner of Collateral (other than a Borrower)<br>X | Witness<br>X |

NOTE (Continued on Next Page)

EXHIBIT D
Page 2 of 16

2006-10-01 12:10  9075431664 >>  P 4/17

**\*0000821497\***

**DUPLICATE**

ALASKA USA FEDERAL CREDIT UNION
P.O. BOX 196613
ANCHORAGE, ALASKA 99519-6613

### PROMISSORY NOTE, DISCLOSURE STATEMENT AND SECURITY AGREEMENT

| BORROWER(S) NAME AND ADDRESS | ACCOUNT NUMBER |
|---|---|
| Leigh Gill<br><br>P.O. Box 1305<br>Bethel, AK 99559 | 821497  05<br><br>DATE OF THIS NOTE<br>04/11/2003 |

Please read this agreement and the Truth-In-Lending Disclosures carefully. Your credit union wants you to understand how this loan works. In this agreement the words you and your mean any borrower signing this agreement. If more than one borrower signs below, each will be responsible for repaying the loan in full (this means each borrower signing is jointly and severally liable). The terms on the next page are part of the entire agreement.

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL SALE PRICE |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid when you have made all payments as scheduled. | The total cost of your purchase on credit, including your down payment of $ |
| 14.900% | $ 2,570.35 | $ 10,000.00 | $ 12,570.35 | $ |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | Payments are Due Monthly |
|---|---|---|
| 35 | $ 349.18 | Beginning 06/01/2003 |
| 1 | 349.05 | 05/01/2006 |

Property Insurance: You may obtain property insurance from anyone you want that is acceptable to the credit union.

Prepayment: If you pay off early, you will not have to pay a penalty.

Security: You are giving a security interest in your shares and/or deposits in this credit union; ☐ the goods or property being purchased; ☐ other (specify) _____

See your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

Late Charges: If your payment is late 7 days or more, you will be charged the greater of 20% of the interest due or 5 cents to a maximum of $25.00. If your loan is delinquent 2 payments, or 32 days in the case of a single payment loan, the maximum amount is removed.

e means an estimate

### ITEMIZATION OF THE AMOUNT FINANCED

Itemization of Amount Financed of $ 10,000.00

| | | Amount paid to others on your behalf | |
|---|---|---|---|
| Amount paid to you directly LEIGH, GILL | $ 10,000.00 | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |
| Amount paid to you directly | $ | | $ |

### NOTE AND SECURITY AGREEMENT

Promise to Pay: You promise to pay to the order of the credit union all money loaned to you under this Agreement plus interest on the unpaid balance at 14.900% of interest rate per year.

Collection Costs: Reasonable attorney fees and other costs of collection permitted under state law.

Security Offered:
Signature

### NOTICE: SEE NEXT PAGE FOR IMPORTANT INFORMATION

If you agree to make and be bound by the terms of this Note and Security Agreement sign below. *If you are not a borrower but an owner of the collateral for this loan, sign below and check the box for "Owner of Collateral."* By doing so you agree to the terms of the Security Agreement. CAUTION: It is important that you thoroughly read this contract before you sign it.

| Borrower<br>Leigh Gill<br>X | Witness<br><br>X |
|---|---|
| Borrower  ☐ Owner of Collateral (other than a Borrower)<br>X | Witness<br>X |

NOTE (Continued on Next Page)

EXHIBIT D
Page 3 of 16

LEIGH GILL
P O BOX 1305
BETHEL, AK 99559

7343

89-7202/3252

DATE 04/18/03

PAY TO THE ORDER OF ~~Cash~~   $ 500.00

~~Five Hundred dollars Ino/100~~   DOLLARS

**AlaskaUSA**
Federal Credit Union
1-800-525-9094
www.alaskausa.org

RECEIVED
APR 21 2003
ANCHORAGE

FOR_____   *Leigh Gill*

⑆325272021⑆ 1700008214979⑆ 7343  ⑈00000050000⑈

ENDORSE HERE:
*Leigh Gill*
04/1/03
AK

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

The following security features (and others not listed) exceed industry standards:

**Security Features**
- Security Screen
- Microprint Signature Line
- Chemical Sensitivity
- Padlock Icon

Document appearance if altered:
- Absence or modification of Original Document screen on back of check
- Absence of tiny words or dotted line appear in signature line
- Colored stains or spots appear with chemical alteration
- Absence of padlock icon

```
LEIGH GILL                                                          7354
P O BOX 1305
BETHEL, AK 99559                                                 89-7202/3252

                                              04/21/03      DATE

PAY TO THE
ORDER OF    Cash                                         $ 5000.00

  five thousand                                                DOLLARS

AlaskaUSA                        ANCHORAGE
Federal Credit Union  1-800-525-9094
                      www.alaskausa.org

FOR_____          _____Leigh Gill_____

⑆325272021⑆ 170000821497⑆  7354  ⑈0000500000⑈
```

Stamped: AK USA FCU RECEIVED APR 21 2003

Endorsement (back): Leigh Gill 821497 OK

```
LEIGH GILL                                                      7355
P O BOX 1305
BETHEL, AK 99559                                            89-7202/3252
                                          04/21/03    DATE

PAY TO THE
ORDER OF   Cash                                       $ 5000.00

— Five Thousand                              00/100            DOLLARS

AlaskaUSA
Federal Credit Union  1-800-525-9094
                      www.alaskausa.org
FOR _____           _____Leigh Gill_____

⑆325272021⑆ 1700008214979⑈  7355  ⑈0000500000⑈
```

Endorsement: Leigh Gill / SSN / AK

```
LEIGH GILL                                                      7356
P O BOX 1305
BETHEL, AK 99559                                           89-7202/3252

                                          04/24/03 DATE
                    AK USA FCU
                    RECEIVED
PAY TO THE          49-220
ORDER OF   Cash                                    $ 4250.00

Four thousand two   APR 24 2003  hundred fifty dollars + no/100   DOLLARS
                    ANCHORAGE
                    Teller  JC  #20

AlaskaUSA
Federal Credit Union  1-800-525-9094
                      www.alaskausa.org

FOR _____            _____

⑆325272021⑆ 1700008214979⑉  7356  ⑈000425000⑈
```

Endorsement: Leigh Gill  
524407 @ pk