**AlaskaUSA**
*Federal Credit Union*  (800) 525-9094
www.alaskausa.org

Acct:0000821497 GILL, LEIGH
Post:04/22/03 Branch:1403 Tlr:1620

Withdrawal CONV CHEK
Share Id 70
Amount                    10,000.00
Balance                    5,816.30
Sequence #621135

Cash Disbursed            10,000.00

Cash Received by
  [signature]

# SIDING CONTRACT

Jeffwood Construction, Inc.  
P.O. Box 706  
Bethel, AK. 99559  
(907) 543-3108  
FAX (907) 543-3184

4/10/2003

Proposal Submitted To:

Work To Be Performed At:

Leigh Gil  
PO Box 1305  
Bethel, AK. 99559

660  
7th Avenue

We hereby propose to furnish the materials and perform the labor necessary for the completion of installing Dutchlap seamless steel siding, with white trim, on Lee Gil's house and garage on seventh avenue. Also included, is proposal for installing skirting around perimeter of house.

SIDING: 2,085 SF wall surface of House

| | |
|---|---|
| 2,085 SF Wickertone Seamless siding   (includes):<br>1. Install "j" channel, sill trim, corner posts<br>2. Install seamless siding<br>3. End of job clean up<br>4. Load siding materials for next job | $14,595.00 |
| Soffits( 320LF ) - (includes):<br>1. Install soffit "j" channel<br>2. Install soffit panels up to 2' overhang<br>3. Install steel facia | $3,840.00 |
| Wall, Facia, & Skirting prep | $1,120.00 |
| Royalty- Warranty for steel siding and soffit | $837.40 |
| Total siding and soffit | $20,392.40 |

EXHIBIT D  
Page 9 of 16

821497 04-21-03 LEIGH GILL                           STMT



STATEMENT OF ACCOUNT
ACCOUNT        821497
STATEMENT PERIOD
  FROM       03 22-03
  THROUGH    04-21 03
PAGE              1

LEIGH GILL
P.O. BOX 1305
BETHEL AK 99559



```
+-------------------------------------------------------------------------------+
|                              ACCOUNT SUMMARY                                  |
+-------------------------------------------------------------------------------+
| SHARE ACCOUNTS            DIVIDENDS      WITHHOLDING    PREVIOUS      NEW     |
|                           YEAR-TO-DATE   YEAR-TO-DATE   BALANCE       BALANCE |
| 10 SHARE SAV                0.00           0.00          12.57         12.57  |
| 70 CONV CHEK                0.00           0.00        7,788.70     15,916.30 |
|                                                                               |
|   TOTAL                                                              15,928.87|
|                                                                               |
| LOANS                                    SCHEDULED    NEXT PAYMENT    NEW     |
|                                          PAYMENT AMOUNT DUE DATE     BALANCE  |
| 01 SIGNATURE                               0.00                        0.00   |
| 04 02 HONDA TRX350FE2                    163.20        10-16-03      1,057.80 |
| 05 SIGN HM REPAIRS                       349.18        06 01 03     10,000.00 |
| 06 2000 SKIDOO TOURING                   192.45        06-01-03      4,283.00 |
+-------------------------------------------------------------------------------+
```

SHARE SAV - 10

Effective  Posted  TRANSACTION DESCRIPTION                AMOUNT      BALANCE    EXPANDED TRANSACTION DESCRIPTION
                   PREVIOUS BALANCE                                    12.57
  04 04    04 03   DEPOSIT ACH YKHC                       5240.09     5252.66    TYPE: PAYROLL 7
  04-04    04 03   WITHDRAWAL TRANSFER TO SHARE 70        5240.09-      12.57
  04-18    04-17   DEPOSIT ACH YKHC                       5241.05     5253.62    TYPE: PAYROLL 8
  04-18    04-17   WITHDRAWAL TRANSFER TO SHARE 70        5241.05-      12.57
                   NEW BALANCE                                          12.57

                   DIVIDEND YEAR TO DATE                   0.00

CONV CHEK - 70

BALANCES DURING THIS STATEMENT:

| DATE  | BALANCE  | DATE  | BALANCE  | DATE  | BALANCE  |
|-------|----------|-------|----------|-------|----------|
| 03 22 | 7788.70  | 03-25 | 6520.93  | 03-26 | 6020.93  |
| 03 27 | 5932.86  | 03 28 | 4949.77  | 03 31 | 2379.88  |
| 04-01 | 2175.03  | 04-02 | 912.23   | 04-03 | 6068.84  |
| 04-04 | 6020.84  | 04-07 | 5010.84  | 04-09 | 4886.92  |
| 04-10 | 4747.23  | 04 11 | 16828.79 | 04 11 | 16810.26 |
| 04-14 | 16352.49 | 04-15 | 15986.74 | 04-16 | 15932.73 |
| 04-17 | 21166.30 | 04-21 | 15916.30 |       |          |

CHECKS IN NUMERICAL ORDER:   (55 TOTALING   $ 36116.08)

| CK#  | DATE  | AMOUNT  | CK#   | DATE  | AMOUNT  | CK#   | DATE  | AMOUNT |
|------|-------|---------|-------|-------|---------|-------|-------|--------|
| 7259 | 03-26 | 500.00  | 7290  | 04-01 | 60.00   | 7309  | 04-14 | 100.00 |
| 7264*| 03-25 | 18.94   | 7291  | 04-07 | 10.00   | 7310  | 04-11 | 500.00 |
| 7269*| 03 25 | 83.83   | 7292  | 03 28 | 200.00  | 7311  | 04 14 | 75.00  |
| 7270 | 03 25 | 265.00  | 7293  | 03-31 | 524.00  | 7312  | 04 10 | 139.69 |
| 7271 | 03-25 | 150.00  | 7294  | 03-31 | 500.00  | 7313  | 04-15 | 231.92 |
| 7272 | 03 25 | 650.00  | 7296* | 03 31 | 1000.00 | 7314  | 04 21 | 500.00 |
| 7277*| 03-31 | 37.88   | 7297  | 03-25 | 800.00  | 7316* | 04-16 | 15.00  |
| 7278 | 04-02 | 1200.00 | 7298  | 03-31 | 500.00  | 7317  | 04-11 | 75.00  |
| 7279 | 03-31 | 97.28   | 7299  | 04 01 | 33.85   | 7319* | 04 09 | 9.00   |
| 7280 | 03-28 | 50.00   | 7300  | 04-01 | 21.00   | 7320  | 04-11 | 326.97 |
| 7281 | 04 03 | 27.48   | 7301  | 04 02 | 27.79   | 7321  | 04-11 | 18.53  |
| 7282 | 04-03 | 56.00   | 7302  | 04-02 | 35.01   | 7322  | 04-17 | 3.73   |
| 7283 | 03-28 | 53.90   | 7303  | 04-09 | 114.92  | 7323  | 04-16 | 39.01  |

001-50123

```
821497 04-21-03 LEIGH GILL                    STMT
```



```
                                                     ACCOUNT       821497
                                                     LEIGH GILL
                                                     STATEMENT PERIOD
                                                       FROM        03-22-03
                                                       THROUGH     04-21-03
                                                     PAGE          2
```

```
|CONV CHEK   70 (CONTINUED)                                                                           |
 7284    03-27         8.47    7304    04-11      1100.00   7325*   04-17          3.75
 7285    03-27        79.60    7305    04-14        17.77   7343*   04-21        500.00
 7286    03-28       469.79    7306    04-15        83.83   7354*   04-21       5000.00
 7287    03-28       188.41    7307    04-15        50.00   7355    04-21       5000.00
 7288    03-31        10.73    7308    04-14       265.00   7356    04-21       4250.00
 7289    04-04        48.00

 * INDICATES BREAK IN CHECK NUMBER SEQUENCE

OTHER WITHDRAWALS/DEBITS:  (3 TOTALING   $ 1202.46)

   DATE        DESCRIPTION                                                       AMOUNT
   03-28       WITHDRAWAL ACH FAIRSHARE 610 TYPE: F.F.S. PAC                      20.99
   04-07       WITHDRAWAL JOURNAL VOUCHER                                       1000.00
   04-11       WITHDRAWAL JOURNAL VOUCHER                                        181.47

DEPOSITS/OTHER CREDITS:  (5 TOTALING   $ 35446.14)

   DATE        DESCRIPTION                                                       AMOUNT
   03-25       DEPOSIT CHECK                                                      700.00    helen check
   04-04       DEPOSIT TRANSFER FROM SHARE 10                                    5240.09
   04-11       DEPOSIT CHECK    2 Loans                                         14265.00
   04-18       DEPOSIT TRANSFER FROM SHARE 10                                    5241.05
   04-21       DEPOSIT CASH                                                     10000.00

CHECKING SUMMARY:

   PREVIOUS BALANCE                          7788.70
   PLUS   5 DEPOSITS/OTHER CREDITS TOTALING  35446.14
   LESS  55 CHECKS TOTALING                  26116.08
   LESS   3 OTHER WITHDRAWALS/DEBITS TOTALING 1202.46
   NEW BALANCE                              15916.30

|LOAN - 01 (SIGNATURE) 14.900%                                                                        |

                                                       FINANCE
Effective Posted  TRANSACTION DESCRIPTION   AMOUNT     PRINCIPAL    CHARGE    LATE FEE    BALANCE
                  PREVIOUS BALANCE                                                          674.56
  04-07   04-07   PAYMENT JOURNAL VOUCHER    500.00      493.39-      6.61       0.00       181.17
  04-11   04-11   PAYMENT JOURNAL VOUCHER    181.47      181.17-      0.30       0.00         0.00
                  NEW BALANCE                                                                 0.00

                  ** THIS LOAN IS CLOSED

                  INTEREST YEAR TO DATE       93.61

|LOAN - 04 (02 HONDA TRX350FE2) 7.500%                                                                |

                                                       FINANCE
Effective Posted  TRANSACTION DESCRIPTION   AMOUNT     PRINCIPAL    CHARGE    LATE FEE    BALANCE
                  PREVIOUS BALANCE                                                         1550.16
  04-07   04-07   PAYMENT JOURNAL VOUCHER    500.00      492.36-      7.64       0.00      1057.80
                  NEW BALANCE                                                              1057.80

                  INTEREST YEAR TO DATE       46.35

|LOAN - 05 (SIGN HM REPAIRS) 14.900%                                                                  |

                                                       FINANCE
Effective Posted  TRANSACTION DESCRIPTION   AMOUNT     PRINCIPAL    CHARGE    LATE FEE    BALANCE
                  PREVIOUS BALANCE                                                            0.00
  04-11   04-11   NEW LOAN CHECK           10000.00    10000.00      0.00       0.00      10000.00
                  NEW BALANCE                                                             10000.00

                  INTEREST YEAR TO DATE        0.00
```

```
001-50124
```

821497 04-21-03 LEIGH GILL                                    STMT

## AlaskaUSA Federal Credit Union®

ACCOUNT          821497
LEIGH GILL
STATEMENT PERIOD
       FROM      03-22-03
       THROUGH   04-21-03
PAGE             3

| | | | | | | |
|---|---|---|---|---|---|---|
| LOAN - 06 (2000 SKIDOO TOURING) 6.950% | | | | | | |
| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
| | | PREVIOUS BALANCE | | | | | 0.00 |
| 04 11 | 04-11 | NEW LOAN CHECK | 4283.00 | 4283.00 | 0.00 | 0.00 | 4283.00 |
| | | NEW BALANCE | | | | | 4283.00 |
| | | INTEREST YEAR TO DATE | 0.00 | | | | |

END OF STATEMENT

001-50125

821497  05-24-03  LEIGH GILL                              STMT



```
                                                    STATEMENT OF ACCOUNT
                                                    ACCOUNT        821497
                                                    STATEMENT PERIOD
                                                       FROM       04-22-03
                                                       THROUGH    05-24-03
                                                    PAGE                 1


    LEIGH GILL
    P.O. BOX 1305
    BETHEL AK 99559




                            ACCOUNT SUMMARY
|SHARE ACCOUNTS                     DIVIDENDS    WITHHOLDING     PREVIOUS         NEW
|                                  YEAR-TO-DATE  YEAR-TO-DATE    BALANCE        BALANCE
|10 SHARE SAV                          0.00         0.00          12.57          12.57
|70 CONV CHEK                          0.00         0.00        15,916.30        207.69
|
|   TOTAL                                                                        220.26
|
|LOANS                                            SCHEDULED    NEXT PAYMENT        NEW
|                                              PAYMENT AMOUNT    DUE DATE       BALANCE
|04 02 HONDA TRX350FE2                             163.20        01-16-04        563.89
|05 SIGN HM  REPAIRS                               349.18        07-01-03       9,817.37
|06 2000 SKIDOO TOURING                            192.45        07-01-03       4,016.44


|SHARE SAV - 10
Effective Posted TRANSACTION DESCRIPTION       AMOUNT     BALANCE  EXPANDED TRANSACTION DESCRIPTION
                 PREVIOUS BALANCE                          12.57
                 NEW BALANCE                               12.57

                 DIVIDEND YEAR TO DATE           0.00

|CONV CHEK   70

BALANCES DURING THIS STATEMENT:
            DATE       BALANCE       DATE       BALANCE       DATE       BALANCE
            04 22      5871.53       04 23      5789.68       04-24      4863.12
            04-25      4461.68       04-28      3540.56       04-29      2204.30
            04 30       998.30       05-01       769.44       05-02      1087.44
            05-05       735.41       05-07       723.01       05 16       207.69

CHECKS IN NUMERICAL ORDER:  (37 TOTALING  $ 6037.62)

CK#     DATE       AMOUNT     CK#     DATE      AMOUNT     CK#     DATE       AMOUNT
7315    05-16      515.32     7338    04-25     250.33     7357*   04-28       14.00
7324*   04-22       39.00     7339    04-23       7.01     7359*   04-28      160.00
7327*   04 30     1200.00     7340    04 29    1050.00     7360    04-28       15.33
7328    04 25        1.11     7341    04 29     160.09     7361    04 30        6.00
7329    05-07       12.40     7342    04-28      50.00     7362    04 29       18.31
7330    05-01       12.87     7344*   04-24     500.00     7363    04-29       40.60
7331    04 28       31.85     7345    04 28     500.00     7364    05-01       38.00
7332    05-02       10.00     7346    04-25     150.00     7365    05 01       41.23
7333    04-24       50.00     7350*   05-02      22.00     7366    05-01       24.84
7334    04 28      100.00     7351    04 22       5.77     7367    05-01       88.89
7335    04-24      351.56     7352    04-24      26.00     7368    05-01       23.03
7336    04 23       74.84     7353    04 28      28.95     7369    05-05      352.03
7337    04-29       67.26

* INDICATES BREAK IN CHECK NUMBER SEQUENCE

OTHER WITHDRAWALS/DEBITS:  (2 TOTALING   $ 10020.99)

   DATE       DESCRIPTION                                                    AMOUNT
   04-22      WITHDRAWAL CASH                                              10000.00



001-50643
```

EXHIBIT D
Page 13 of 16

821497 05-24-03 LEIGH GILL                                     STMT



**AlaskaUSA Federal Credit Union®**

```
ACCOUNT       821497
LEIGH GILL
STATEMENT PERIOD
   FROM      04-22-03
   THROUGH   05-24-03
PAGE            2
```

| CONV CHEK   70 (CONTINUED) | | |
|---|---|---|
| 04-28 | WITHDRAWAL ACH FAIRSHARE-610 TYPE: F.P.S. PAC | 20.99 |

DEPOSITS/OTHER CREDITS:   (1 TOTALING   $ 350.00)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05-02 | DEPOSIT CHECK | 350.00 |

CHECKING SUMMARY:

```
PREVIOUS BALANCE                              15916.30
PLUS    1 DEPOSITS/OTHER CREDITS TOTALING       350.00
LESS   37 CHECKS TOTALING                      6037.62
LESS    2 OTHER WITHDRAWALS/DEBITS TOTALING   10020.99
NEW BALANCE                                     207.69
```

| LOAN - 04 (02 HONDA TRX350FE2) 7.500% | | | | | |
|---|---|---|---|---|---|
| Effective Posted TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
| PREVIOUS BALANCE | | | | | 1057.80 |
| 05-05  05-05  PAYMENT CASH | 500.00 | 493.91- | 6.09 | 0.00 | 563.89 |
| NEW BALANCE | | | | | 563.89 |
| INTEREST YEAR TO DATE | 52.44 | | | | |

| LOAN   05 (SIGN HM REPAIRS) 14.900% | | | | | |
|---|---|---|---|---|---|
| Effective Posted TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
| PREVIOUS BALANCE | | | | | 10000.00 |
| 05-22  05-22  PAYMENT JOURNAL VOUCHER | 350.00 | 182.63- | 167.37 | 0.00 | 9817.37 |
| NEW BALANCE | | | | | 9817.37 |
| INTEREST YEAR TO DATE | 167.37 | | | | |

| LOAN - 06 (2000 SKIDOO TOURING) 6.950% | | | | | |
|---|---|---|---|---|---|
| Effective Posted TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
| PREVIOUS BALANCE | | | | | 4283.00 |
| 05-22  05-22  PAYMENT CASH | 300.00 | 266.56- | 33.44 | 0.00 | 4016.44 |
| NEW BALANCE | | | | | 4016.44 |
| INTEREST YEAR TO DATE | 33.44 | | | | |

END OF STATEMENT

001-50644

# SIDING CONTRACT

Jeffwood Construction, Inc.
P.O. Box 706
Bethel, AK. 99559
(907) 543-3108
FAX (907) 543-3184

4/10/2003

Proposal Submitted To:

Leigh Gil
PO Box 1305
Bethel, AK. 99559

Work To Be Performed At:

660
7th Avenue

We hereby propose to furnish the materials and perform the labor necessary for the completion of installing Dutchlap seamless steel siding, with white trim, on Lee Gil's house and garage on seventh avenue. Also included, is proposal for installing skirting around perimeter of house.

SIDING: 2,085 SF wall surface of House

| | |
|---|---|
| 2,085 SF Wickertone Seamless siding   (includes):<br>1. Install "j" channel, sill trim, corner posts<br>2. Install seamless siding<br>3. End of job clean up<br>4. Load siding materials for next job | $14,595.00 |
| Soffits( 320LF ) - (includes):<br>1. Install soffit "j" channel<br>2. Install soffit panels up to 2' overhang<br>3. Install steel facia | $3,840.00 |
| Wall, Facia, & Skirting prep | $1,120.00 |
| Royalty- Warranty for steel siding and soffit | $837.40 |
| Total siding and soffit | $20,392.40 |

EXHIBIT D
Page 15 of 16

EXTRAS:

| | |
|---|---|
| Eave & Gable trim | $880.00 |
| Tyvek | $1,355.00 |
| 1" Foiled foam board on North walls | $1,363.50 |
| 1/2" Foiled foam board on remaining walls | $1,869.65 |
| Skirting(204 LF) | $3,170.57 |
| Total Extras | $8,638.72 |
| Total Bid on House | $29,031.12 |
| City sales tax-TAX ID#2002041701 | no tax |
| **\*TOTAL BID: HOUSE** | **$29,031.12** |

\*NOTE- Customer is responsible for paying all electrical usage costs and all leftover materials is retained by the contractor.

All material is guaranteed to be as specified, and the above work to be performed in accordance with the details submitted for above work and completed in a substantial workmanlike manner for the sum of:
Twenty-nine thousand thirty-one dollars and 12/100   [$29,031.12]

with payments to be made as follows:
    50% downpayment + city tax - $14,515.56
    50% payment upon completion + city tax - $14,515.56

Respectfully submitted,

Note- This proposal may be withdrawn by us if not accepted within 30 days.

Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance upon above work. Our workers are fully covered by Workman's Compensation Insurance.

ACCEPTANCE OF PROPOSAL

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date -                    Signature -

Date -                    Signature -

EXHIBIT D
Page 16 of 16