RECEIVED
MAY 3 0 2006
PATTON BOGGS LLP

(1)

May 14, 2006

To Whom it may concern:

I am writing this letter on behalf of my daughter, Leigh Gill. I have watched Leigh blossom into a very loving, kind and compassionate woman. Leigh has always been respectful and loving and has worked very hard to become who she is today. Despite the problems that now face her, she is still a person of integrity. Leigh is very intelligent, but very naive. I only wish you could have known her prior to this "James" guy incident, which has caused Leigh and her family so much anguish. We love her very much and pray for her daily.

I can tell you, lawyers, judge, and court, and whomever else has dealings with this case

(2)

that after Leigh became under the influence of James, who has literally lived off the weakness and innocence of so many people, she did a 180° turn in her life, personality and how she related to her family.

I can speak for our family, because I am her mother. After meeting James, Leigh's sense of compassion seemed all but gone. We had to be very careful how we approached Leigh. We were afraid of making her angry and we didn't dare question her judgment at this point in her life. Leigh isolated herself emotionally and somewhat physically from her family. This was not the Leigh we knew and loved.

The Leigh we know didn't do this out of malice or deliberate

(3)

intent to defraud. Leigh has always been honest and forthright. We honestly believe that Leigh was "very strongly" influenced to think and believe that what she has done was not dishonest. She never would have done it otherwise.

We implore you to show mercy and compassion to our daughter, Leigh. She is so very remorseful and so angry at herself for being so easily persuaded by James, etc. I guess there is not enough paper or time to say what is in my heart, in its entirety, except thanking you for any and all considerations shown to our daughter, Leigh, sister, aunt, and now mother of a beautiful baby boy whom she has adopted.

Respectfully Yours,
Frances B. Tompkins