Dear Sir or Madam,

I am writing this letter on behalf of my sister, Leigh Gill. I love my sister very much, and everything I am about to say is completely my own opinion. Never the less, my observations and assessments of my sister's behavior these last years may be helpful in trying to understand the situation at hand.

Leigh, formerly Tamory, or as we mostly called her Tammy, is an incredibly bright person. Unfortunately, and possibly due to her always having her nose in her books she is naive where many aspects of life are concerned. I strongly believe this naivety has caused her to be gullible and vulnerable to unscrupulous and well, wrong thinking individuals and ideals. We grew up in an extremely patriotic household. We were military brats if you will and had strong feeling of loyalty to our country. Leigh graduated from high school very young and went straight into college, and then straight into nursing school and then less than 5 years after accomplishing some of the highest ranking levels of nursing a young person can aspire to she went into medical school. She never rested, never took a break and finished with honors in four years. I believe it was shortly after that she found herself in the Northwest and then landed in Montana. I am not sure exactly when she met this maniac cult leader, as I often referred to him, but I can tell you that things changed.

She was a seriously dedicated and modestly ambitious doctor that genuinely wanted to help those that needed it the most. She seemed to thrive in rural settings, which in retrospect seems appropriate for someone that seems to be less than street smart. After all there isn't much reason to be street smart in rural Montana, or at least you wouldn't think so. Had she known that a soul sucking predator had convinced her that he was the path to spiritual enlightenment, I think she would have run to the nearest concrete jungle and taken lessons on how not to get taken advantage of by charlatans.

I recall some conversation we had during this era. I would tell her of my problems, whether it was about men, money or work and she would retort that I could reach the pinnacle of human and spiritual development if only I would follow the ways of this Shaman and she would then offer me his 800 number. I found it so disturbing and debated with her heavily about this guy's merit, but she was intractable in her conviction. This guy really sold her a bill of goods. I've seen things like this before, but it had never happened so close to home. He was tactical in driving a wedge between her and her real family, by creating this illusion of a better more spiritually enlightened family. He purported himself as someone with all the answers and worked very hard at maintaining the influence he had over the people that followed him.

I am sure that most people believe that neither they nor their loved ones could fall into a trap so obvious when you are on the outside looking in, or viewing it in hindsight. If that were truly the case then I think the Waco scene would have never happened, but it did.

Please believe me when I say that my sister has learned a lesson on life that is now an inextricable part of her. I have had some deeply emotional talks with her and in some ways she seems more normal than I've seen her in a long time. I know she is sorry, and feels foolish and responsible, violated and remorseful all at once. She sincerely wants to pay retribution and take responsibility. She also wants to make some attempt to explain how a seemingly intelligent person, a doctor even, could be led so far astray from reality. I hope that whoever is reading this will try to understand that she didn't do what she did with malice and certainly not with any criminal intent. It wasn't done out of disrespect for our country or disregard for its laws. It was done out of naivety and not to be hurtful, but foolishness.

Please allow my sister to go on doing what she can do best, which is to take care of people. She has a gift for medicine and that is important and contributes to our society in a real way. Furthermore she is a beloved sister, daughter and mother. Here family needs her.

Respectfully submitted,

Rhonda H. Gill