Yahoo! My Yahoo! Mail

 MAIL  Welcome, **lgill270**
[Sign Out, My Account]



Search the Web [ Search ]
Mail Home - Mail Tutorials - Help



| Mail | Addresses | Calendar | Notepad | What's New - Mail Upgrades - Mail Options |

[ Check Mail ] [ Compose ]     [ Search Mail ]  [ Search the Web ]

Rebuild credit with our MasterCard

Previous | Next | Back to Messages                 Printable View - Full Headers

[ Delete ] [ Reply ] [ Forward ] [ Spam ] [ Move... ]

**Folders** [Add - Edit]
Inbox
Draft
Sent
Bulk [Empty]
Trash [Empty]

**My Folders** [Hide]
**A-J (4)**
**HH writing (5)**
JD consult
**Jill Seaman (1)**
Lauri
SL letters
TerLeo
WWKennels
aafp
ak visa
**alweldboat (5)**
andreakaterine
aslan
**betsy (6)**
boundless journeys
**ccardconsol (4)**
**chris (3)**
**dad (3)**
ditech refinanc
**dl email (19)**

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Morgan Davenport" <morgandav@adelphia.net>  Add to Address Book
**To:** lgill270@yahoo.com
**Subject:** James King's Tax Advice
**Date:** Wed, 27 Apr 2005 11:10:28 -0700

Leigh,

I'm sorry to hear that you are in trouble with the IRS for following James King's tax advice.

I do not specifically remember the conversation in the car that you mentioned, however, I do remember the many, many times in group when he would talk in detail about the legality of not following the standard methods of paying taxes. I underline legality because he always claimed that if you followed his instructions you were not breaking the law, only exercising a choice available to citizens.

I do remember he directed much of his advice to you because of your earning capability. I didn't pay too much attention about any of the details as I was bored with the subject and always wanted to get back to what the Group was supposed to be about and I didn't find his talks about off-shore trusts, not paying social security, etc. etc.
very interesting. It was obviously a topic that he had researched and he spoke with great force and authority and he often had tax documents in hand to illustrate this legal way to avoid overpaying taxes.

I must have been interested enough as I do remember finding out

Yahoo! Mail - lgill270@yahoo.com  Page 2 of 3

Case 3:06-cr-00058-JWS    Document 19-10    Filed 10/05/2006    Page 2 of 2

- emed (1)
- emedicine (1)
- endlesshealth
- **familycontacts (5)**
- **foreclosure invest (8)**
- homes
- iq test
- **irstax (7)**
- **ivfprofiles (1)**
- **james (1)**
- jd
- jfaxmailroom
- joan schelzpottery
- jobs
- k300
- katie
- **kbjones (1)**
- **kurtkate (5)**
- **lees house (3)**
- **legalparentstuff (6)**
- locums
- **loisK (5)**
- **marqpappvet (2)**
- ministries
- **monica (1)**
- **mspaan (3)**
- orders
- preceptordeb
- proudparentj
- pure encaps
- rainbow law
- realestatesearch
- rosa
- salliemae
- sandyB
- **soothsayers (4)**
- travel itens
- trdindia
- **visa (1)**
- winterpics
- yorkphoto

that an employee would probably not hire if you refused to give a social security number to them as he had advised.   Also, Brian bought into his off-shore trust scheme and after a while we realized that we didn't need it, didn't want it and it served not purpose so got out of it as quick as we could.

I hope this helps and I wish you well.



Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text