To Whom it may concern,

I am writing on behalf of Leigh Gill. I was involved in a "spiritual program" with her for many years. The leader of this program was very vocal about his opinion on taxation. He communicated to us many times that taxation was not constitutional. He persuaded many of the members of the program to write a list of 10 questions to the IRS, as he supposedly did many years back, asking for a response and stating that if no response was received within a specified time frame it would mean that you would no longer be paying taxes and that it would be a legal course of action. He used the writings in a book called "wolf in eagle's clothing" I believe - this book claimed that according to the tax code - paying taxes was voluntary and you will only be taxed (voluntarily) on the profit you earn. The point he was intending to make is that if my time is worth 17.00 per hour and that is what I earn - there is no profit there. Profit - according to him is if an apple is worth 1.50 and I charge 2.00 for it - I have made a .50 profit.

Most of the members of this spiritual program that made any significant amount were strongly urged to take steps to living a taxation free lifestyle.

He used his "personal experience" to convince the members that this was a totally legal way of discontinuing financial support to our tyrannical government. He claimed he wrote a letter to the IRS asking them the "10 questions" mentioned above and that he got a letter back from the IRS stating that he "did not exist".

Many of the members of this program trusted this man to give them advice in every area of their life.

His influence on people was surprisingly intense. People would make very drastic changes and rather unwise decisions after conversing with him.

Most of the members were led to believe that they were not breaking the law. They were not intentionally participating in criminal behavior. They were acting based on the information provided by someone they trusted.

FROM: Betsy Gummow
Friend x-new gnostic
church member
Seattle Wa.

EXHIBIT H
Page 1 of 1