**Sandra Boudrou**

| | |
|---|---|
| From: | "Sandra Boudrou" <sandrab@blarg.net> |
| To: | "Leigh Gill" <lgill270@yahoo.com> |
| Sent: | Tuesday, May 02, 2006 6:17 PM |
| Subject: | Letter |

May 2, 2006

Dear Leigh,

Can't believe that it has only been since January 2005 that we discovered the truth about James and left the process. It has been a major lesson, and one that I don't think I will forget.

How could I have been so naive? He certainly had us fooled didn't he. I witnessed many wonderful things take place with members, including myself, over the years and totally trusted him (and everything he said!). I sat through years of groups talking about spiritual, financial, and sexual things just to name a few. I, too, believed him when he told all of us many times that it was illegal of the IRS to be requiring us to pay taxes and that many people didn't pay their taxes. I thought, boy have I been stupid. I never doubted him or thought he would be advising us to break the law and setting us up to get in trouble. I also fell for the investment of getting an off shore trust to keep my money safe....certainly not to do anything illegal, but thought it was a wise thing to do once he told us how to do it. I lost so much money due to the fees, etc. He seemed to get us started in these things and then never kept us posted on how to make them work properly. He set himself up at the top of the chain and made money off us and look how long it took us to find him out. He finally slipped up or we would still be there.

I even bought some stock from him and lost more money as others also did. We never questioned him. Blind faith I guess. He knew our weaknesses and played on all of us, didn't he. Well, that won't happen again. A big and difficult lesson we have all learned.

I did find the answers to many spiritual questions over those years and have tools and do not need to find another "teacher, or guru" again. Some still feel "battered" but we are coming out the other end one by one and I hope you are too.

Sincerely,

*Sandy*

Sandy Boudrou