Tina L. Benshoof, Program Manager employed at Microsoft Corp.

Born April 8th, 1970

1829 N. 200th Street, Shoreline, WA 98133-3304

(206) 546-8993, t_benshoof@msn.com

AFFIDAVIT

STATE OF WASHINGTON

COUNTY OF KING

I, Tina L Benshoof, being first duly sworn upon this oath, deposes and says as follows:

I am over the age of eighteen (18) and competent to testify to the matters set forth below.

I currently reside with the State of Washington, King County, and the city of Shoreline. My address is 1829 N. 200th Street, 98133. My telephone number is (206) 546-8993.

Since 2002 I have been involved in "The Process", a cult run by its leader, James William King.

"The Process" is sometimes referred to as the New Gnostic Church, located in Wauconda, Washington.

In 2002 I went through a private, week long, one-on-one counseling intensive with James William King, in order to resolve mental, emotional and spiritual problems with his guidance.

Before receiving this counseling, James William King, while not a medical doctor, recommended that I stop taking the anti-depressant medication I was on at the time.

During the weeks after stopping this medication on his advice, I experienced extreme depression and suicidal thoughts.

It is my opinion that receiving counseling while in this state of mind created a situation in which I was highly susceptible to the thought reform techniques used by James William King.

From April 2002 until December 2004 I attended group counseling sessions with other members of "The Process", often twice per month.

I have received chiropractic adjustments and medical advice from James William King and Barbara Loran at the Endless Health NW clinic and various other locations during the 2002 – 2004 time period.

✓ Although "The Process" is also referred to as the New Gnostic Church, James King has always made it clear that the formation of his New Gnostic Church was for the purpose of avoiding taxes.

✓ James William King has frequently encouraged members of "The Process" to evade taxes through the formation of various legal entities.

✓ James has regularly encouraged members of "The Process" to stop paying personal income taxes. He has dispensed what amounts to legal advice, telling people it is

✓ unnecessary to pay taxes. He also gave people explicit instructions for how to correspond with the IRS about this matter.

✓ James has referred members of "The Process" to specific accountants and lawyers for assistance with their tax and legal matters.

It has been my personal experience that advice and services received from these "professionals" has NOT been in accordance with standard practice or law.

It was difficult to near impossible, as the victim of thought reform, to differentiate between legal and professional services and those which were not, when the advice and advisors were backed by James King's word.

It has been my experience that James William King has consistently acted in the role of counselor to the members of "The Process", encouraging people to call him with issues and extracting detailed personal information about a wide range of topics.

Unlike a reverend or minister, James William King does not choose to keep private the confidences of members, but will share any personal information with whomever he so chooses.

James King had been counseling Samara Camryn Lane since the winter of 2000-2001, and Samara has received numerous medical treatments from both James King and Barbara Loran, his Endless Health Northwest business partner and long time mistress.

In early December 2004, I witnessed a conversation between Samara Lane, age 17 at the time, and her father, Kurt Alden Benshoof. In the course of this conversation Samara Lane stated that she was romantically involved with both James King and Barbara Loran.

Samara and I discussed her romantic involvement with James King and Barbara Loran again in mid-January 2005.

Since early February I have heard Samara explicitly state numerous times that she has had sexual relations with both James King and Barbara Loran.

Samara Lane has also clearly stated that James King has made sexual comments to her since her first week of counseling, when she was age 13.

Since this information has come to light, many members of "The Process" have chosen to discontinue their associations with, and financial contributions to, James King and the New Gnostic Church.

In response, James King has encouraged remaining members of "The Process" to write affidavits slandering Samara's father, Kurt Benshoof.

Between November 2004 and March 2005, I spent many hours discussing these topics with Kurt Benshoof.

In the course of our conversations, Kurt never once stated that he knew an assassin, nor did he ever speak of intending to hire an assassin to kill James or anyone else.

Neither had Kurt ever said anything that would lead me to believe that he wishes harm to come to Brett Barton. To the contrary, I have heard Kurt consistently express concern for the well being of Brett Barton, and for everyone still involved in "The Process".

It is my opinion that James King is a sexual predator, a pathological liar and a threat to any community he resides within, and most specifically to women and any minor children that may come into contact with him through his group activities.

VERIFICATION

STATE OF WASHINGTON

COUNTY OF KING

I have read the foregoing Affidavit and know of my own knowledge that the facts contained therein are true and correct.

X_____

SUBSCRIBED AND SWORN to before this __26__ day of __April 2005__.

I certify that I know or have satisfactory evidence that __TINA BENSHOOF__

(is/are) the person(s) who appeared before me, and said person(s) acknowledged that (he/she/they) signed this instrument and acknowledged it to be (his/her/their) free and voluntary act for the uses and purposes mentioned in this instrument.

Dated: __4-26-05__    __Arwen Carmouche__

Notary Public in and for the State of __Washington__

My appointment expires: __12-22-08__

