# GENERAL AFFIDAVIT

**State of MISSOURI**
**County of JEFFERSON**

**BEFORE ME**, the undersigned Notary, _Valerie A. Emmons_ on this _12th_ [day of month] day of _July_ [month], 20_06_, personally appeared _Kurt Karl Hettiger_ known to me to be a person of lawful age, who, on his oath, says:

My name is Kurt Hettiger. Dr. Leigh Gill attended my wife, Kathryn, in Spokane, Washington, when she was pregnant with our first child.

Along with my wife and Dr. Gill, I, too, am a victim of the programmed learning and conditioning cult known as the New Gnostic Church, pastored by the self-proclaimed Reverend James W. King. I was living on King's ranch in Wauconda, Washington, when Doctor Leigh Gill came for a week of "self-realization training," which has now been clearly disclosed to former church members as a system of thought reform processing and indoctrination into the sphere of control administered by said James W. King. I believe the now concluded investigation by the State of Washington's Department of Financial Institutions and the ongoing FBI investigation clearly demonstrate James W. King has and continues to operate a series of criminal enterprises by coercing victims into doing things they would never do if not under his influence.

Once Dr. Gill was "processed," as the church jargon called it, James W. King began his systematic manipulation of selling her "asset protection" plans (schemes), including the PILL Trust (Prosper International, Limited) offshore Multi-Level Marketing products. PILL products were introduced to James W. King by one of his associates, Darryl Duncan who goes by the name of Duncan Cedar and who is a long time systematic tax cheat. James W. King used his "authority" hypnosis, aka "command" hypnosis, to force his tax evasion schemes on his followers. I am confident James W. King knew his MLM products for asset protection were illegal and withheld that information from church members whom he coerced to buy them.

I did not purchase a PILL offshore trust, as I had no money after losing my public service career at a major municipal water utility in the Pacific Northwest. This loss of income followed my being coerced to certain behaviors while under the influence of James W. King's mind control. James W. King manipulated me into filing civil rights lawsuits against my former employers in order to benefit himself financial should I either win my suits or have them settled in my favor.

James W. King was at one time an official of the Church of Scientology in San Francisco. The techniques James W. King used to coerce people who came under his sphere of influence are identical to those of Scientology as he was trained to do so. These techniques are outlined in a white paper commissioned by the government of the State of Victoria, Australia, in 1965, the ANDERSON REPORT <http://www.xenu.net/archive/audit/ar-pref.html>. I quote from that document's Prefatory Note, "Scientology has highly undesirable processes, many of which are hypnotic, wherein normal inhibitions and restraints are in abeyance." In addition, 1990s era

Page 1

German reports on the techniques and economic activities of James W. King's former employers are available at: <http://home.snafu.de/tilman/krasel/germany/stat.html>. The State of Bavaria issued a white paper entitled WHAT IS SCIENTOLOGY? It includes the following quotation in Section 2. The behavioral foundations of Hubbard's social techniques: "This procedure of human technology, which involves organism's ability to be impacted by reacting to certain stimuli and then modifying their behavior, i.e. learning, is called conditioning when new behavior patterns are embedded in such a manner, that they can be called forth by giving a key signal."

I submit herewith a quote from the preface, pages xvii-xviii, of the Neuro-Linguistic Programming training book *Influencing With Integrity* by Dr. Genie Z. Laborde, © 1983, 1987 Syntony: "Achieving your own outcome at the expense or even without regard for the other party constitutes manipulation. What makes this particular "informed manipulation" so frightening is that people with these skills acquire such personal power that they are able to affect people deeply, and their capacity to misguide others is thereby increased to the point of evil. I cannot prevent that evil. It exists with those people as a choice they have made."

I believe low-level hypnosis was orchestrated by linguistic trickery and key signals. It was impossible for his followers to say no to James King when he was using Command Hypnosis through NLP, Neuro-Linguistic Programming, to manipulate people. I had no money and he would pound on me for hours to find a way to buy into his latest direct marketing MLM schemes. Only James King made money on these schemes. I know of no one else in the New Gnostic Church who made money on direct marketing, which they joined after pressure from James King. People who did say no to King were excommunicated or punished by emotional abuse.

I was present at New Gnostic Church services, so-called "group," on numerous occasions in Wauconda when James W. King would systematically coerce church members to invest in various offshore based investment schemes, asset protection schemes, Panama registered corporations, Nevada corporations and various multi-level marketing instruments. James W. King would get a commission on sales. James W. King insisted he be listed as the registered agent for the offshore companies so he could be paid a yearly agent's fee. James W. King put various church members names on paperwork as company officials, officers and directors for both offshore and Nevada companies. These church members likely knew nothing about the use of their names.

It is my sincere belief that James W. King manipulated Dr. Gill into purchasing a Panamanian registered business and then charged her a yearly fee for him acting as the registered agent through his Prosper International Limited Trust 9206, a scheme by which he earned and hid money for himself at the expense of victims such as Dr. Gill.

The Washington State Department of Financial Institutions Securities Division issued on July 7, 2006 to James W. King Order Number S-05-119-06-SC01, Statement of Charges and Notice of Intent To Enter Order To Cease And Desist And To Impose Fines and Costs in the amount of $64,500 against King for various unlicensed security sales and fraudulent representations. Further, the Department of Justice, through the Federal Bureau of Investigation is now contacting former members of the New Gnostic Church in the investigation of James W. King for a variety of

frauds, money laundering and other crimes. King was an adherent to the schemes of the notorious Schiff group in Las Vegas that sold books on how to evade taxes.

I suspect the FBI investigation of James W. King will show how he bilked and controlled people to his own advantage and respectfully ask the Court, perhaps through the Judges' court clerk, to confer with the FBI to ascertain the complete scope of Mr. King's activities, especially in relation to his coercion of Dr. Gill and others to engage in tax schemes while under his control.

It is my opinion that James W. King was involved in a pattern of chronic criminal behavior for the dozen years I was in his New Gnostic Church. James W. King took advantage of his skills to exploit scores of people who came to him for counseling and education. Dr. Leigh Gill was one of many people who were manipulated into using James W. King's investment advice, tax advice, and asset protection advice. It is my opinion that James W. King is a chronic grifter and criminal who runs his scams under the façade of "churches" and has done so for decades in both Washington State and California.

It is my opinion that people under his influence would never have engaged in wrongful behavior were it not for the coercion skills at which James King is so adept. My personal research supports that this ability to manipulate is a commonality between many cult leaders.

I, Kurt Hettiger, now am a business broker in St. Louis, Missouri. I spent months undergoing cult exit counseling from Darrel Provinse, M.S., an associate director of an established Midwest psychological and family counseling service. This individual has experience in working with former cult members. I learned how skilful operators of religious and thought-control cults can manipulate otherwise intelligent and practical professional people into "falling" not just for the religious model presented, but for financial schemes that specifically enrich the cult leader.

As a cult member, I experienced the same phenomenon as Dr. Gill. I was adamantly opposed to cults before being indoctrinated myself when I went to see James King, who, I was told, offered an educational system and would teach me how to "deal with my garbage." A friend of over 20 years recruited me per the orders of James W. King to find referrals. It is my opinion, based on my observations, that individuals who have never experienced a cult are unable to comprehend the combination of conditioning (read: brainwashing) techniques applied in a slowly increasing gradient until a person experiences a period of "clarity and euphoria" at the direction of a skilled practitioners such as James W. King.

It is my informed opinion, based on my experience and my ongoing research over the past eighteen months, that the phenomenon is a mild form of brainwashing or low level hypnosis that is easily remedied when the cult official no longer has influence or control over the individual. After my exit counseling, I am certain neither Dr. Gill nor myself will ever be victimized by another criminal enterprise such as the one James W. King used to exploit us.

These were not our willful actions, but actions directed and coerced by the Mr. King. We cannot turn the clock back and regain a clean slate.

When it comes time for the Court to determine the fate and future of Dr. Leigh Gill, I beg the Court to consider that Dr. Gill had been illegally manipulated and exploited (through the methods described above) by James W. King.

Thank you for your consideration.

_Kurt K. Hettiger_
[Signature of affiant]

Kurt K. Hettiger   P.O. Box 372, 809 N. Orchard
Hillsboro, Missouri 63050   Telephone 636-789-2145

Subscribed and sworn to before me, this ___12th___ [day of month] day of
___July___ [month], 20_06_.

[Notary Seal:]

_Valerie A Emmons_
[signature of Notary]

_Valerie A. Emmons_
[typed name of Notary]

VALERIE A. EMMONS
Notary Public - Notary Seal
State of Missouri, Jefferson County
Commission # 05542022
My Commission Expires: Oct. 14, 2009

NOTARY PUBLIC    My commission expires: Oct. 14, 2009