```
006-09-28 12:49          9075431664 >>                    907 456 0498    P.03
    JUL-07-2006   15:47    IRS FAIRBANKS
```

**Department of the Treasury - Internal Revenue Service**

Form 668(Z)
(Rev. 10-1990)

# Certificate of Release of Federal Tax Lien

| | Serial Number | For Use by Recording Office |
|---|---|---|
| Small Business/Self Employed Area: 6 | 9103481133 | DISTRICT RECORDING INFORMATION<br>2003-0007-32-0 |

I certify that as to the following-named taxpayer, the requirements of section 6325 (a) of the Internal Revenue Code have been satisfied for the taxes listed below and for all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on 04/18/2003, 2003, is authorized to note the books to show the release of this lien for these taxes and additions.

**Name of Taxpayer**
Tamory Gill
aka Leigh Gillburn

**Residence**
PO Box 1305
Bethel, Alaska 99559-1305

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 10/05/1998 | 11/04/2008 | $11,946.00 |
| 1040 | 12/31/1998 | 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 | 10/23/2000 | 11/22/2010 | $26,061.87 |
| 1040 | 12/31/1999 | 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 | 10/23/2000 | 11/22/2010 | $72,926.14 |

**Place of Filing**
Recording District of
Bethel, Bethel, Alaska 99559

**Total** $110,934.01

This notice was prepared and signed at Fairbanks, Alaska, on this, the 7th day of July, 2006.

**Signature** Nancy Janke
Nancy Janke, Employee #92/30791

**Title** Revenue Officer, Phone # - 907-456-0543

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Certificate of Release of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Recording Office

Form 668(Z) (Rev. 10-1999)

TOTAL P.03

EXHIBIT L
Page 1 of 1