

**STATE OF WASHINGTON**
## DEPARTMENT OF FINANCIAL INSTITUTIONS
### SECURITIES DIVISION
P.O. Box 9033 • Olympia, Washington 98507-9033
Telephone (360) 902-8760 • TDD (360) 664-8126 • FAX (360) 902-0524 • Web Site: www.dfi.wa.gov/sd

May 25, 2006

Ms. Leigh Gill
PO Box 1305
Bethel, AK 99559

RE: DFI File No. S-05-119/ James King

Dear Ms. Gill:

This letter is to confirm that I received the documents you sent relating to DFI File No. S-05-119/ James King.

Thank you for your cooperation in this matter. If you have any questions or discover additional information please do not hesitate to contact me at (360) 902-8770.

Sincerely,

*K. Culbert*

Kristen Culbert
Enforcement Attorney