

EXHIBIT N
Page 1 of 1