

# International Falls Clinic
*An affiliate of the* Duluth Clinic

2501 Keenan Drive
International Falls, MN 56649
Phone: (218) 283-9431, (877) 201-3461
Fax: (218) 285-6275

Michael R. Spaan, Partner
Patton Boggs
601 W. Fifth Avenue
Suite 700
Anchorage, Alaska 99501
907-263-6305
mspaan@pattonboggs.com

May 2, 2006

Dear Mr. Spaan,

Greetings! It is our understanding that you are representing Dr. Leigh Gillburn in an IRS matter. In early February of this year we interviewed Dr. Gillburn for one of three open Family Practice positions at the International Falls Clinic, an affiliate of Duluth Clinic Limited in International Falls, MN.

International Falls is located on the Canadian Border, 300 miles north of Minneapolis/St. Paul and 160 miles north of Duluth, MN. Our community is 100 miles away from other medical services for our patients. In the last census, Koochiching County fell just short of a poverty county designation. We have been designated as a Health Professional Shortage Area due to our shortage of primary care physicians. One of the many things that attracted us to Dr. Gillburn as a candidate is that she has specialized skills well suited to our area. Dr. Gillburn did a special rotation in caring for women with high-risk pregnancies. She is competent to perform C-Sections and other gynecological procedures. Currently, we are down to two physicians in our practice that can perform C-Sections, our Surgeon and one Family Practice Physician. The nearest OB/GYN specialist is 100 miles away. Due to our isolation, it would not be ethical to discontinue obstetric services (as has been the trend of Family Practice physicians across the country). Understandably, our Family Practice physicians are not comfortable doing deliveries unless there is C-Section back up.

Although many of us have chosen to live up here due to our love of the wilderness and the pristine Rainy Lake/Voyageur's National Park, it is a

*The soul and science of healing.*

2

challenge to recruit physicians to our area. Many possible applicants are not interested in living in "The Ice Box of the Nation". Often times, if we find an interested candidate, their spouse/partner is not willing to move to such a remote area. Leigh and her family's personal interest in living and working in a rural, small town setting and their love of sled dog "mushing" and "real" winter weather is a perfect fit.

Dr. Gillburn was forthright in mentioning unresolved IRS matters to us in the course of our interview. Everyone involved in the interview process had a positive "feel" regarding Dr. Gillburn's character, personality, warmth and compassion. We are confident that she would put our patients first and foremost.

Again, our community is in dire need of the physicians necessary to improve appropriate access to medical care. Dr. Gillburn's medical competencies and skills, particularly her ability to provide obstetrics care and perform C-Sections is needed urgently. We have been recruiting for three Family Practice physicians since early November of 2005. Frankly, Dr. Gillburn is the only candidate that we have interviewed that we feel strongly would be a good fit for our primary care practice. We are concerned about losing more of the four remaining physicians we have that can provide obstetric services if we do not get some more help as soon as possible.

We are hoping that Dr. Gillburn's acceptance of responsibility and voluntary payments while the IRS issue has been given due process will play a role in the legal decision-making process. We also wanted to make you aware of our critical and urgent need. It is our hope that the medical care she could provide to an underserved area will be strongly considered.

Sincerely,

Sheila L Hart, CHE
Clinic Administrator

Doug A. Johnson, MD
Section Chair