Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>LEIGH GILBURN,  )<br>a.k.a. TAMORY LEE GILL,  )<br>a.k.a. TAMORY L. GILL,  )<br>a.k.a. T. LEIGH GILL,  )<br>a.k.a. LEIGH GILL,  )<br>  )<br>    Defendant.  ) | No. 3:06-cr-00058-JWS |

### AFFIDAVIT OF DARRELL PROVINSE

STATE OF MISSOURI     )
                      )  ss.
COUNTY OF ST. LOUIS   )

I, Darrell Provinse, being first duly sworn, depose and say:

1.　I am a licensed Professional Counselor (LPC) and am nationally certified as a counselor.

2.　I am CEO of Christian Psychological and Family Services, 9373 Olive Blvd., St. Louis, Missouri 63132. I also treat patients.

3. I received a degree (BS) in psychology from Washington University and earned a Master's Degree in counseling psychology from Webster University.

4. During my professional career I have had extensive experience counseling cult members (over 24) including several former members of the New Gnostic Church.

5. I have been counseling Dr. Leigh Gilburn on a weekly basis since July 18, 2006. Because of the difference in location, the consultations have been by telephone. Although a personal consultation would be ideal the telephonic consultation is very effective in this case because Dr. Gilburn is in a position where she is ready to make changes.

6. In my professional opinion, Dr. Gilburn's actions involving the Internal Revenue Service were strongly influenced by the New Gnostic Church, which is a cult built on the principles of Scientology.

7. James King became Dr. Gilburn's spiritual advisor whose influence was multiplied many times over that of an ordinary pastor or doctor. She was conditioned to supsed judgment and not question the direction and teachings of James King.

8. I have been working to rebuild Dr. Gilburn's internal structure, sense of self and ability to question. Dr. Gilburn is in a much stronger state than when she was in the New Gnostic Church and when she came to me. I feel she is able to exercise her independent judgment and is not at risk for future cult influence.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_/s/ Darrell Provinse_
DARRELL PROVINSE

AFFIDAVIT OF DARRELL PROVINSE
United States of America v. Gilburn., No. 3:06-cr-00058-JWS
Page 2
51279.01

SUBSCRIBED AND SWORN to before me this 2ND day of October, 2006.

*Ivie Summers*
Notary Public in and for the State of Missouri
My Commission Expires: Nov. 29, 2009

IVIE SUMMERS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: Nov. 29, 2009
05802925

### CERTIFICATE OF SERVICE

I hereby certify that on the 5TH day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

A true and correct copy of the foregoing document was served via hand delivery on:

**Scott E. Kelly**
**U.S. Probation / Pretrial Service Office**
222 West 7th Avenue, Room 168
Anchorage, Alaska 99513-7562

By:   s/Gloria Bullock
      Legal Secretary/Assistant
      PATTON BOGGS LLP

AFFIDAVIT OF DARRELL PROVINSE
United States of America v. Gilburn., No. 3:06-cr-00058-JWS
Page 3
51279.01