Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Leigh Gilburn*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>              Plaintiff,                              )<br>                                                              )<br>      vs.                                                  )<br>                                                              )<br>LEIGH GILBURN,                                 )<br>a.k.a. TAMORY LEE GILL,                 )<br>a.k.a. TAMORY L. GILL,                     )<br>a.k.a. T. LEIGH GILL,                          )<br>a.k.a. LEIGH GILL,                              )<br>                                                              )<br>              Defendant.                          ) | No. 3:06-cr-00058-JWS |

**MOTION TO RESCHEDULE SENTENCING**

Defendant Leigh Gilburn, by and through undersigned counsel, hereby requests that the sentencing date of October 10, 2006 as set forth in the Court's October 6th, 2006 Order be rescheduled for a future date due to defense counsel travel and defendant's employment obligation.

Defendant's Counsel attempted to contact counsel for the United States for the purpose of obtaining non-opposition to defendant's motion; however, his voice mail indicated he was traveling out of state and unavailable.

51392.01

DATED at Anchorage, Alaska this 6TH day of September, 2006.

By: s/Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6300
Fax: (907) 263-6345
Email: mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP