Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>LEIGH GILBURN, )<br>a.k.a. TAMORY LEE GILL, )<br>a.k.a. TAMORY L. GILL, )<br>a.k.a. T. LEIGH GILL, )<br>a.k.a. LEIGH GILL, )<br>  )<br>  Defendant. ) | No. 3:06-cr-00058-JWS |

### MOTION TO EXPEDITE CONSIDERATION OF
### MOTION TO RESCHEDULE SENTENCING

Defendant Leigh Gilburn, by and through undersigned counsel, hereby moves this Court pursuant to Local Rule 7.2(c) to decide her Motion to Reschedule Sentencing on shortened time.

Defendant hereby requests that her motion to reschedule sentencing be decided on an expedited basis because sentencing is currently set for October 10th, 2006, and defense counsel and defendant are not available due to defense counsel travel and defendant's employment obligation.

51393.01

Defendant's Counsel attempted to contact counsel for the United States for the purpose of obtaining non-opposition to defendant's motion; however, his voice mail indicated he was traveling out of state and unavailable.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska this 6th day of October, 2006.

By:   s/Barat M. LaPorte
Barat M. LaPorte
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6300
Fax:  (907) 263-6345
Email:  mspaan@pattonboggs.com
Alaska Bar No. 7305026
Email: blaporte@pattonboggs.com
Alaska Bar No. 9511064

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:    s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP