Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>LEIGH GILBURN,  )<br>a.k.a. TAMORY LEE GILL,  )<br>a.k.a. TAMORY L. GILL,  )<br>a.k.a. T. LEIGH GILL,  )<br>a.k.a. LEIGH GILL,  )<br>  )<br>  Defendant.  ) | No. 3:06-cr-00058-JWS |

### AFFIDAVIT OF COUNSEL BARAT M. LaPORTE IN SUPPORT OF
### MOTION FOR EXPEDITED CONSIDERATION

STATE OF ALASKA          )
                                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, Barat M. LaPorte, being first duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law in the United States District Court for the District of Alaska and make these statements of personal knowledge

2. I affirm that the statements made in the Motion for Expedited Consideration filed herewith are true and correct to the best of my knowledge.

50596.01

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                          s/Barat M. LaPorte
                                          BARAT M. LaPORTE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:    s/Gloria Bullock
          Legal Secretary/Assistant
          PATTON BOGGS LLP