Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LEIGH GILBURN, ) | |
| a.k.a. TAMORY LEE GILL, ) | |
| a.k.a. TAMORY L. GILL, ) | |
| a.k.a. T. LEIGH GILL, ) | |
| a.k.a. LEIGH GILL, ) | |
| ) | No. 3:06-cr-00058-JWS |
| Defendant. ) | |

### [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF MOTION TO RESCHEDULE SENTENCING

The Court, having considered defendant Leigh Gilburn's Motion to Expedite Consideration of Motion to Reschedule Sentencing, and being duly informed in the premises, hereby GRANTS defendant's motion for expedited consideration.

IT IS SO ORDERED.

Dated:_____                    _____
                                             Hon. John W. Sedwick
                                             United States District Court Judge

51396.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP

[[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE
CONSIDERATION OF MOTION TO RESCHEDULE SENTENCING
*United States of America v. Gilburn.*, No. 3:06-cr-00058-JWS
Page 2
51396.01