Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>LEIGH GILBURN,   )<br>a.k.a. TAMORY LEE GILL,   )<br>a.k.a. TAMORY L. GILL,   )<br>a.k.a. T. LEIGH GILL,   )<br>a.k.a. LEIGH GILL,   )<br>  )<br>Defendant.   ) | No. 3:06-cr-00058-JWS |

### NOTICE OF FILING PROPOSED ORDER

Defendant Leigh Gilburn, by and through undersigned counsel, hereby files a copy of a proposed Order in support of defendant's Motion to Reschedule Sentencing.

DATED at Anchorage, Alaska this 6th day of October, 2006.

By:   s/Michael R. Spaan
          Michael R. Spaan
          PATTON BOGGS LLP
          601 West Fifth Avenue, Suite 700
          Anchorage, Alaska 99501
          Phone: (907) 263-6300
          Fax: (907) 263-6345
          Email: mspaan@pattonboggs.com
          Alaska Bar No. 7305026

51400.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP