Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| LEIGH GILBURN, a.k.a. TAMORY LEE GILL, a.k.a. TAMORY L. GILL, a.k.a. T. LEIGH GILL, a.k.a. LEIGH GILL, | ) ) ) ) ) ) |
| Defendant. | ) ) No. 3:06-cr-00058-JWS |

### [PROPOSED] ORDER GRANTING MOTION TO RESCHEDULE SENTENCING

The Court, having considered defendant Leigh Gilburn's Motion to Reschedule

Sentencing , and being duly informed in the premises, hereby GRANTS defendant's motion.

The date of sentencing is rescheduled to _____.

IT IS SO ORDERED.

Dated:_____       _____
                                  Hon. John W. Sedwick
                                  United States District Court Judge

51399.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:  s/Gloria Bullock
     Legal Secretary/Assistant
     PATTON BOGGS LLP