Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEIGH GILBURN, )<br>a.k.a. TAMORY LEE GILL, )<br>a.k.a. TAMORY L. GILL, )<br>a.k.a. T. LEIGH GILL, )<br>a.k.a. LEIGH GILL, )<br>)<br>Defendant. ) | No. 3:06-cr-00058-JWS |

### MOTION TO WITHDRAW
### "MOTION TO RESCHEDULE SENTENCING" AND PROCEED
### SENTENCING ON SCHEDULED OCTOBER 10, 2006 DATE

Dr. Leigh Gilburn, by and through undersigned counsel, hereby requests that defendant's "*Motion to Reschedule Sentencing*" [Docket #23] and "*Motion to Expedite Consideration of Motion to Reschedule Sentencing*" [Docket #25] be withdrawn due to the ability of both counsel and Dr. Gilburn to reschedule travel and appear at the October 10, 2006 hearing set by the Court. This motion is supported by the attached affidavit of counsel.

51404.01

DATED at Anchorage, Alaska this 9th day of October, 2006.

By: s/Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6300
Fax:  (907) 263-6345
Email:  mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP