Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>      vs.                                                )<br>                                                              )<br>LEIGH GILBURN,                              )<br>a.k.a. TAMORY LEE GILL,            )<br>a.k.a. TAMORY L. GILL,                )<br>a.k.a. T. LEIGH GILL,                      )<br>a.k.a. LEIGH GILL,                           )<br>                                                              )<br>            Defendant.                          ) | No. 3:06-cr-00058-JWS |

**MOTION TO EXPEDITE
CONSIDERATION OF MOTION TO WITHDRAW
"MOTION TO RESCHEDULE SENTENCING" AND PROCEED
SENTENCING ON SCHEDULED OCTOBER 10, 2006 DATE**

Dr. Leigh Gilburn, by and through undersigned counsel, hereby moves this Court pursuant to Local Rule 7.2(c) to decide her *Motion to Withdraw "Motion to Reschedule Sentencing" and Proceed Sentencing on Scheduled October 10, 2006 Date*.

Defendant hereby requests that her *Motion to Withdraw* be decided on an expedited basis because there is currently a motion pending to reschedule the sentencing and defendant and counsel <u>are</u> available for sentencing as currently scheduled for October 10, 2006 at 10:00 a.m.

51405.01

This motion is supported by the attached affidavit of Michael R. Spaan of Patton Boggs LLP.

DATED at Anchorage, Alaska this 9th day of October, 2006.

By: s/Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6300
Fax: (907) 263-6345
Email: mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP