Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEIGH GILBURN, )<br>a.k.a. TAMORY LEE GILL, )<br>a.k.a. TAMORY L. GILL, )<br>a.k.a. T. LEIGH GILL, )<br>a.k.a. LEIGH GILL, )<br>)<br>Defendant. ) | No. 3:06-cr-00058-JWS |

### [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF MOTION TO WITHDRAW "MOTION TO RESCHEDULE SENTENCING" AND PROCEED SENTENCING ON SCHEDULED OCTOBER 10, 2006 DATE

The Court, having considered defendant Leigh Gilburn's *Motion to Expedite Consideration of Motion to Withdraw "Motion to Reschedule Sentencing" and Proceed Sentencing on Scheduled October 10, 2006 Date*, and being duly informed in the premises, hereby GRANTS defendant's motion for expedited consideration.

IT IS SO ORDERED.

Dated:_____

_____
Hon. John W. Sedwick
United States District Court Judge

51409.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP