Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEIGH GILBURN, )<br>a.k.a. TAMORY LEE GILL, )<br>a.k.a. TAMORY L. GILL, )<br>a.k.a. T. LEIGH GILL, )<br>a.k.a. LEIGH GILL, )<br>)<br>Defendant. ) | No. 3:06-cr-00058-JWS |

### AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN

STATE OF ALASKA       )
                      )  ss.
THIRD JUDICIAL DISTRICT )

I, Michael R. Spaan, being first duly sworn, deposes and says:

1. I am the attorney representing Dr. Leigh Gilburn and make these statements upon personal knowledge.

2. On Friday, October 6, 2006 I was informed by my office that an Order from this Court had come in late that afternoon rescheduling Dr. Gilburn's sentencing to October 10, 2006. The sentencing was originally set for October 12, 2006.

51406.01

3. Dr. Gilburn had set her work schedule and purchased airline tickets based on the original sentencing date.

4. Counsel was in Chicago, Illinois on business travel and not scheduled to arrive back in Anchorage until the early morning hours of October 10, 2006.

5. Based on the inability to determine whether Dr. Gilburn could reschedule both her work and travel schedule, and whether counsel could reschedule his travel schedule, I asked my law partner, Barat M. LaPorte, to make a motion to reschedule the sentencing hearing.

6. Said motion was filed in the late afternoon on October 6, 2006.

7. After receiving no Order from the Court on October 6th and realizing the sentencing was still set for October 10, 2006 both Dr. Gilburn and I were able to change our work and travel schedules to be available for the October 10th sentencing.

8. Dr. Gilburn requests the sentencing go forward on October 10, 2006 as rescheduled by the Court.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL R. SPAAN

SUBSCRIBED AND SWORN to before me this 9th day of October, 2006.



_____
Notary Public in and for the State of Alaska
My Commission Expires: May 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2006, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:	s/Gloria Bullock
	Legal Secretary/Assistant
	PATTON BOGGS LLP

AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN
*United States of America v. Gilburn.*, No. 3:06-cr-00058-JWS
Page 3
51406.01