**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    LEIGH GILBURN

THE HONORABLE JOHN W. SEDWICK      CASE NO.  3:06-cr-00058-JWS

Deputy Clerk                Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    The motion at docket 30 to expedite is **GRANTED**. The motion at docket 29 to withdraw earlier motion is **GRANTED**. The motions at dockets 23 and 25 have been **WITHDRAWN** and will no longer be tracked by the Clerk of Court.

    The sentencing proceeding will proceed as scheduled at 10:00 AM on October 10, 2006.

DATE: October 10, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  lc
Deputy Clerk

[FORMS*IA*]