```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. <u>LEIGH GILBURN</u>              CASE NO. <u>3:06-cr-00058-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:          <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>THOMAS BRADLEY / LEA CARLISLE</u>

DEFENDANT'S ATTORNEY:          <u>MICHAEL SPAAN</u>

U.S.P.O.:                      <u>SCOTT KELLEY</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 10, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Defendant placed on probation for a period of <u>5</u> years under
   the usual terms and conditions with special conditions of
   probation as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; Court
adopted presentence report. Court accepted plea agreement. Court
and counsel heard re defendant's oral motion for downward
departure; **GRANTED.** Appeal rights given. Payment Coupon given to
defendant.</u>

At 10:35 a.m. court adjourned.

DATE:     <u>October 10, 2006</u>     DEPUTY CLERK'S INITIALS:   <u>ak</u>