Barat M. LaPorte, Esq.
blaporte@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Leigh Gilburn*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LEIGH GILBURN, | ) |
| a.k.a. TAMORY LEE GILL, | ) |
| a.k.a. TAMORY L. GILL, | ) |
| a.k.a. T. LEIGH GILL, | ) |
| a.k.a. LEIGH GILL, | ) |
| | ) |
| Defendant. | ) No. 3:06-cr-00058-JWS |

## UNOPPOSED MOTION FOR RETURN OF PASSPORT

Defendant Leigh Gilburn, by and through undersigned counsel, Patton Boggs LLP,

hereby requests the Court to issue an order returning Ms. Gilburn's passport to her possession.

Ms. Gilburn's passport was surrendered to the Court as part of her pretrial release conditions. As

such conditions are no longer applicable to Ms. Gilburn post-sentencing, Ms. Gilburn now

respectfully requests that her passport be returned to her for identification purposes.

Undersigned counsel has spoken with counsel for the United States and a probation

officer from United States' Probation who have respectively indicated no opposition to

Ms. Gilburn's request. Accordingly, Ms. Gilburn respectfully requests this Court to grant the

instant motion.

53946

DATED at Anchorage, Alaska this 6th day of April, 2007.

By:   s/Barat M. LaPorte
Barat M. LaPorte
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6300
Fax:  (907) 263-6345
Email: blaporte@pattonboggs.com
Alaska Bar No. 9511064

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2007, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:     s/Dawn K Smith
Legal Secretary/Assistant
PATTON BOGGS LLP

UNOPPOSED MOTION FOR RETURN OF PASSPORT
*United States of America  v. Gilburn.*, No. 3:06-cr-00058-JWS
Page 2
53946