IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>      vs.                                               )<br>                                                            )<br>LEIGH GILBURN,                              )<br>a.k.a. TAMORY LEE GILL,              )<br>a.k.a. TAMORY L. GILL,                  )<br>a.k.a. T. LEIGH GILL,                       )<br>a.k.a. LEIGH GILL,                           )<br>                                                            )<br>            Defendant.                         ) | No. 3:06-cr-00058-JWS |

## [PROPOSED] ORDER GRANTING
## UNOPPOSED MOTION FOR RETURN OF PASSPORT

The Court, having considered defendant Leigh Gilburn's Unopposed Motion for Return of Passport, and being duly informed in the premises, hereby GRANTS defendant's motion.

IT IS SO ORDERED.

Dated:_____                    _____
                                                                     Hon. John W. Sedwick
                                                                     United States District Court Judge

53947.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2007, a true and correct copy of the foregoing document was served electronically on the following:

**Lea A. Carlisle**
Trial Attorney
Department of Justice, Tax Division
lea.a.Carlisle@usdoj.gov

**Thomas C. Bradley**
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Thomas.Bradley@usdoj.gov

By:     s/Dawn K Smith
        Legal Secretary/Assistant
        PATTON BOGGS LLP