IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | |
| ) | |
| LEIGH GILBURN,        ) | |
| a.k.a. TAMORY LEE GILL,        ) | |
| a.k.a. TAMORY L. GILL,        ) | |
| a.k.a. T. LEIGH GILL,        ) | |
| a.k.a. LEIGH GILL,        ) | |
| ) | |
| Defendant.        ) | No. 3:06-cr-00058-JWS |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR RETURN OF PASSPORT**

The Court, having considered defendant Leigh Gilburn's Unopposed Motion for Return of Passport, and being duly informed in the premises, hereby GRANTS defendant's motion.

**IT IS SO ORDERED**.

Dated: April 9, 2007

/s/ Hon. John W. Sedwick
United States District Court Judge

53947.01