| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:06-cr-00058 JWS |
| | RECEIVED JUL 1 0 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K. | DOCKET NUMBER *(Rec. Court)* CR 07-218 RHK |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Leigh Gilburn International Falls, Minnesota | DISTRICT OF ALASKA | DIVISION Anchorage, Alaska |
| | NAME OF SENTENCING JUDGE Honorable John W. Sedwick, Chief U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 10, 2006 / TO October 9, 2011 |

OFFENSE

Attempted Tax Evasion of Assessment

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 1, 2007
Date

REDACTED SIGNATURE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MINNESOTA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/30/07
Effective Date

REDACTED SIGNATURE
United States District Judge   Richard H. Kyle